FILED by ___ D.C.

**Jan 25, 2017**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – FT. LAUD.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(FORT LAUDERDALE DIVISION)

| | |
|---|---|
| JOHN A. MATTERA; MATTERA ASSET MANAGEMENT, INC., A DELAWARE CORP.; RHINO ISLAND CAPITAL, INC., A DELAWARE CORP.; <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT HAVEMAN, ELSA PRINCE-BROEKHUIZEN, BILL BECKMAN, MIKE SIMS, SHANE SIMS, JIM SCHREIBER, EDP MANAGEMENT CO., ENVIRONMENTAL PACKAGING TECHNOLOGIES, INC. (EPT), HUNTINGTON NATIONAL BANK, NICHOLAS SCHLICK, JOEL COWELLS, DAVID SPURLOCK, <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § Case No. <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

**17-60199-CV-GAYLES/TURNOFF**

COMPLAINT FOR ACCOUNTING, EQUITABLE
RELIEF AND DAMAGES

COMES NOW Plaintiff, JOHN A. MATTERA, pro se, and files this his Complaint for Accounting, Equitable Relief and Damages against defendants Robert Haveman, Elsa Prince-Broekhuizen, Bill Beckman, Mike Sims, Shane Sims, Jim Schreiber, EDP Management Co., Environmental Packaging Technologies, Inc. (EPT), Huntington National Bank, Joel Cowells, and David Spurlock, and alleges as follows:

1.  This is an action for recovery of funds paid for shares in defendant corporations never received and fraud in the inducement.

2.  Plaintiff, JOHN A. MATTERA (hereinafter referred to as "Plaintiff" or "Mattera") is a resident of Broward County, Florida with home address at 2890 N.E. 28 Street, Fort Lauderdale, Florida 33305 and presently in Federal custody at Yazoo City LOW FCC, Registration No. 97650-004, P.O. Box 5000, Yazoo City, MS 39194.

3.  Plaintiff, Mattera Asset Management, Inc. (hereinafter referred to as "Plaintiff MAM" or "MAM") is a Delaware corporation, whose corporate address is 1600 N Fed Highway, Suite A, Pompano Beach, FL 33064, and whose mailing address is 5000 Eldorado Pkwy, Ste 150, Box 150, Frisco, Texas 75033.

4.   Plaintiff, Rhino Island Capital, Inc. (hereinafter referred to a "Plaintiff RIC" or "RIC") is a Delaware corporation, whose corporate address is 2890 N.E. 28 Street, Fort Lauderdale, FL 33305, and whose mailing address is 5000 Eldorado Pkwy, Frisco, Texas 75033. *Ste 150, Box 150 Gm*

5.   Defendant Robert Allen Haveman (hereinafter referred to as "Defendant Haveman" or "Haveman") is sui juris and a resident of Holland, Michigan and whose home address is 8065 W. Olive Road, West Olive, MI 49460 and is presently in Federal custody at FCI Morgantown, P.O. Box 1000, Morgantown, WV 26507, for fraud against co-defendant Prince.  Haveman was President, CEO, and Director of defendant EDP Management Company and defendant Environmental Packaging Technologies, Inc. (EPT).

6.   Defendant Elsa Prince-Broekhuizen (hereinafter referred to as "Defendant Prince" or "Prince") is sui juris and a resident of Grand Rapids, Michigan with mailing address 190 S. River Avenue, Suite 300, Holland, MI 49423-2825.  Prince is the majority shareholder and debt holder of Defendant EPT and the beneficiary of the EDP Management Trust.  Prince is the mother of Betsy DeVos, President-elect Donald Trump's nominee for Secretary of Education of the United States.

7.   Defendant Bill Beckman (hereinafter referred to as "Defendant Beckman" or "Beckman") is sui juris and a resident of Grand Rapids, Michigan with work address of 190 S. River Avenue, Suite 300, Holland, MI 49423-2825.  Beckman is Chief Financial Officer of EPT and EDP, at all times relevant, and was formerly Chief Financial Officer of Prince Industries, the multi-billion dollar company that was sold to Johnson Controls (JCI) which funded EDP.

8.   Defendant Mike Sims (hereinafter referred to as "Defendant M. Sims" or "M. Sims") is sui juris and is a resident of Houston, Texas, and whose work address is 6100 West by NW Boulevard, Suite 100, Houston, TX 77040.  M. Sims was Chief Executive Officer, Chairman of the Board, and founder of EPT, from approximately 2009 to 2014, during the relevant time periods.

9.  Defendant Shane Sims (hereinafter referred to as "Defendant S. Sims" or "S. Sims") is sui juris and a resident of Houston, Texas whose address is 6100 West by NW Boulevard, Suite 100, Houston, TX 77040.  S. Sims was CEO of EPT from approximately 2013 to 2016, during the relevant time periods.

10.  Defendant Jim Schreiber (hereinafter referred to as "Defendant Schreiber" or "Schreiber") is sui juris and a resident of Houston, Texas whose address is 6100 West by NW Boulevard, Suite 100, Houston, TX 77040.  Schreiber is CEO and President of EPT from approximately early 2016, when the company was sold, until the present.

11.  Defendant Nicholas Schlick (hereinafter referred to as "Defendant Schlick" or "Schlick") is sui juris and a resident of Holland, Michigan whose address is 170 College Avenue, Suite 150, Holland, MI 49423.  Schlick is an investment banker for Defendant Huntington Bank, Defendant Haveman, Defendant Prince, Defendant EDP and Defendant EPT from approximately 2010 to the present, during the relevant time periods.

12.  Defendant Joel Cowells (hereinafter referred to as "Defendant Cowells" or "Cowells") is sui juris and a resident of Houston, Texas whose address is 6100 West by NW, Suite 110, Houston, TX 77040 and is a Director of EPT, during the relevant time periods.

13.  Defendant David Spurlock (hereinafter referred to as "Defendant Spurlock" or "Spurlock") is sui juris and a resident of Houston, Texas whose address is 6100 West by NW, Suite 110, Houston, TX 77040 and is a Director of EPT, during the relevant time periods.

14.  Defendant EDP Management Company (hereinafter referred to as "Defendant EDP" or "EDP") is a Michigan corporation and is a family office handling investments for the living trust of Elsa Prince-Broekhuizen, domiciled in Michigan and whose address is 190 River Avenue, Suite 300, Holland, MI 49423-2825.  EDP's President was Haveman since approximately 1997 until 2016 and who is presently in Federal custody.

15.   Defendant Environmental Packaging Technologies, Inc. (hereinafter referred to as "Defendant EPT" or "EPT") is a Texas corporation whose corporate address is 6100 West by NW, Suite 110, Houston, TX 77040 and whose current President and CEO is Defendant Schreiber since approximately early 2016, during the relevant time periods.

16.   Defendant Huntington Bank (hereinafter referred to as "Defendant Huntington" or "Huntington") is a Michigan corporation whose address is 170 College Avenue, Suite 150, Holland, Michigan 49427 and whose private investment banker is Defendant Schlick, during the relevant time periods.

17.   Federal jurisdiction is premised on diversity of citizenship with in personam and in rem contacts with Florida and a controversy in excess of Two Hundred Fifty Thousand ($250,000) dollars.

## FACTS RELEVANT TO ALL COUNTS

18.   Plaintiff Mattera is a private investor who invests his own money through his private equity firm, Mattera Asset Management, Inc.

19.   On or about May 2010, Haveman through his own accounts, wire transferred money to Mattera to invest in the ARGO/RVUE company presumably to gain Mattera's trust and confidence and to show he is a serious investor.  Haveman received all his shares from the company in his personal name.

20.   On or about August 2010, Haveman sensed he had Mattera's confidence and asked him to invest in EPT which Haveman misrepresented as a $100 million per year operation when, in fact, the gross revenues of EPT were approximately $20 million per year.  Haveman presented financial statements of EPT prepared by Beckman, CFO of EPT, EDP, and former CFO of Prince Industries, to Mattera and showed that EDP and Prince were strong investors in EPT.

21.   Mattera sent three wire transfers totalling $425,000 per Haveman's and Huntington Bank's email instructions.  One wire for $150,000 was sent directly

to EPT and two wires in the amount of $175,000 and $100,000 were sent directly to Haveman per his email instructions from himself and Nicholas Schlick of Huntington bank.  See Exhibit A.  However, Mattera never received any documentation or shares in EPT from either Haveman or EPT.

22.  Once again to impress Mattera and prior to Mattera's making his investments, Haveman flew Mattera from Boca Raton, in the EDP private jet with Betsy DeVos on board, to Holland, Michigan, to meet with Mike Sims, founder and President of EPT, to meet with Joe DeVries, President of Altima Holdings, a public company in the gas/oil business at EDP Headquarters in Holland, Michigan and also to meet with Mike Sims and Bill Beckman, former Chief Financial Officer (CFO) of Prince Industries and currently CFO of EPT.  See Exhibit B, photos of all parties taken at EPT's manufacturing facility in Holland, Michigan.

23.  Haveman invited EDP's banker, Nicholas Schlick, into a meeting with Mattera to give him the impression, and to verify to Mattera, the full extent to which EDP/Prince invested in EPT and will continue to support EPT in its misrepresented $100,000,000 per year business.

24.  Afterwards, Haveman brought Mattera to Hope College to hear Erik Prince, Elsa Prince's son who founded Blackwater and Betsy DeVos's brother, to speak on current affairs and to meet Mattera.  Haveman then flew with Mattera on the EDP jet to Chicago to meet with Keith Daubenspeck and Dwight Badger, CEO and COO of Advanced Equities, Inc. (AEI) for a meeting with them, as they are hired representatives to raise capital for Fisker Automotive.  Daubenspeck and Badger solicited Mattera to make an investment in Fisker Automotive with Haveman present as President and Director of EDP and a member of the Board of Directors of AEI representing EDP's investment in AEI and their many deals.

25.  The three parties, Keith Daubenspeck, Dwight Badger and Haveman all asked Mattera to join the Board of Directors of AEI to which Mattera refused the invitation, as he perceived it as an enticement to get Mattera to invest

in not only Fisker but a variety of other deals AEI was offering.

26.  Haveman, Daubenspeck, Badger and Mattera flew on the EDP jet to Newport Beach, California where they were welcomed by Henrik Fisker himself and as a result of the meeting, Mattera made over $4 million transfer to Fisker's escrow agent, the law firm of Orrick in Menlo Park, California, per Haveman's instructions.

27.  Afterward, Mattera was made aware of fees being paid to AEI and Haveman by Fisker Automotive Group and by Kleiner Perkin Kaufman and Baer:  Fisker's hired Venture Capital firm in Menlo Park, California.  Haveman received a Fisker Karma automobile as a gift from Fisker Automotive for his efforts.

28.  Mattera was also assured that EDP/Prince were heavily invested and stood behind and endorsed EPT with M. Sims as founder/President, Fisker Automotive with Henrik Fisker as founder/President, and with Haveman as board member to directly oversee any investments Mattera made through AEI and Haveman, President of EDP's representation.

29.  Haveman solicited Mattera to bring in additional money to invest in EPT as they required more than Prince was willing to extend at Huntington Bank for EPT's line of credit, then $17 million.

30.  In 2011, Mattera referred Roger Penske's $2 billion Goldman Sachs hedge fund, The TRP Fund led by Jim Holsop out of Boston, Massachusetts to Haveman to investigate the company closely to see if there were synergies and to confirm the financial statements of EPT.  The $100 million per year company turned out to be only a $20 million per year company, at most.  TRP Fund passed on the investment.

31.  Mattera approached Haveman with the findings on EPT's financial statements. Haveman said it was al at the hands of M. Sims, who was in 2012 "demoted" by Haveman, and moved his son, S. Sims, as CEO, and "will be restructuring Prince's line of credit at Huntington Bank from debt to equity as to attract investors. If not, EPT would be bankrupt."  This never happened.

32.  In 2013, Mattera sent "demand for all money sent to be returned and

terminate due to nothing received" to S. Sims at EPT and Haveman at EDP with no response, except a message to have "John speak to Bob" about the return of funds, from S. Sims.  See Exhibit C.

33.  On 3/6/2014, See Exhibit D, Haveman mailed a package to Mattera at Pensacola Federal Camp, asking for more money to be invested in various companies including EPT again, Altima Holdings, Spider 9, Edge Rubber, and Petrichor Energy. Haveman's package included:

A) EPT's latest Business Plan (See Exhibit E) with a revision downward to less than $13 million, and he was still looking to Mattera to invest more money.

B) Spider 9 Cap Table and Term Sheet (See Exhibit F) dated 3/5/2014 or one day before the package was put together and mailed to Mattera by Haveman.  The Cap Table shows Haveman's position in the company is $250,000 and EDP's position is $400,000.  Haveman does this to justify to Mattera that he and EDP/Prince have "scratch in the game" to try to entice Mattera into another already struggling/failed deal that he needed to cover up from his boss, Prince, by bringing in a "direct" or "indirect" investment, as to buy more time before being discovered by Prince.

C) Spider 9 included a Powerpoint presentation (See Exhibit G) highlighting Johnson Controls, Inc.'s (NYSE company ticker: JCI) involvement in the company by quoting John Schaaf, VP of Energy Storage, as an endorsement.  JCI purchased Prince Corporation in 1996 for $1.35 billion.  Haveman used JCI on a regular basis to substantiate the deals he was peddling.  Prince Corp.'s CFO, Bill Beckman, appears in the Powerpoint as CFO of Spider 9.  Beckman is the former CFO of EPT and has acted as EPT's CFO on an interim basis as well.

D) Haveman also included in Mattera's package (See Exhibit H) Edge Rubber, a floundering rubber manufacturer in Pennsylvania where Haveman sent Mattera the 2014 and 2015 forecast and asked Mattera to make an indirect investment and purchase some of Haveman's and EDP's shares.  Mattera declined.

Although Petrichor Energy, Inc. package was included in Haveman's 3/6/2014 package to Mattera, the business plan and financials were discarded by Mattera. Petrichor Energy, Inc. has gone from $.33 per share to less than $.03 per share currently.  Mattera declined on this transaction, as he was promised shares of the CEO of Petrichor's other company by Haveman and never received those either:  Altima holdings, Inc., a Calgary based oil company.  haveman represented as President of EDP that they had controlling interest in Petrichor also.  Joe DeVries is CEO of bother Petrichor Energy, Inc. and Altima Holdings, Inc.

34.  Mattera contemplated these additional investments when Haveman flew on EDP's private jet to Pensacola Federal Camp in April 2014 (Mattera listed as stepson on Federal visitation form) to discuss the current status in EPT and investments in Spider 9, Fisker, Edge Rubber, Petrichor, and Altima.

35.  Mattera refused to make additional investments in EPT, Spider 9, Edge Rubber, Petrichor, or Altima Holdings until such time as Haveman would deliver to Mattera his money he wired direct to EPT and indirect to Haveman/EDP for his 2010 money sent.  Mattera also needed guidance on Haveman's handling of Mattera's multi-million dollar Fisker losses that were occuring in Fisker's 2014 bankruptcy and steps Haveman as EDP's President is taking to protect Mattera's interests.

36.  Haveman told Mattera that as President of EDP he would make Mattera whole on EPT soon, as Prince is approving the sale of the company, converting EDP's debt to Prince into equity.  He said he would get back with Mattera regarding Fisker, and he never did.

37.  Mattera lost touch with Haveman from February 2015, until May 2016 when Mattera got Haveman to finally answer the phone.  Haveman informed Mattera and his Power of Attorney, Mike Magolnick, over the phone and in emails (See Exhibit I) first that EPT was sold to Joel Cowells and David Spurlock, Prince converted her debt to equity, and the deal was done, without paying Mattera, in an illegal sale.  Haveman would contact both EDP and EPT so Mattera/Magolnick

-8-

could have a new contact at EPT to collect said money.  Haveman could do nothing more.  Secondly, that Haveman in September 2016 went to prison for defrauding Prince for approximately $17 million over the past 16 years as President of EDP and has caused over $50 million in additional losses for EDP in failed investments such as EPT, Fisker, AEI, Altima Holdings, Petrichor Energy, Spider 9, Edge Rubber, and more.  See Exhibit J, newspaper article on Haveman's arrest and sentencing.

38.  Perplexed, Mattera could only deduce that Haveman would be interested in pursuing the malpractice lawsuit against the attorney hired by Mattera in 2011 to protect both Mattera Asset Management's EDP investment and Haveman's investment in ARGO RVUE.  In that same email (See Exhibit J) Haveman refused, so in July 2016, Mattera wrote Prince directly explaining and that correspondence went unanswered.  See Exhibit K.

39.  Stunned, Mattera investigated the Haveman/EDP situation and was informed of Haveman's stealing $16 million+ from Prince with the same modus operandi as he had done with Mattera.

40.  On May 15, 2016, Mattera reestablished communication with Haveman first via phone.  Haveman actually answered Mattera's phone call for the first time in almost a year.  On that same call, they agreed to communicate via email but Haveman's old email at EDP had been disconnect so Mattera had to add Haveman's new email address.  Matera asked Haveman for his EPT investment to be returned and Haveman informed Mattera that Elsa Prince finally authorized her debt piece to EPT to be converted to equity and the company was sold to Mr. Joel Cowells and Mr. David Spurlock.  Mattera ased "How could you do this when I am owed almost a million dollars?  That's illegal and unconscionable."  Haveman then stated to Mattera that he would call Joel and David to advise that Mattera will be contacting them to discuss his repayment.  Mattera told Haveman that he has authorization to communicate with Mattera's Power of Attorney, Mike Magolnick, as to move this along rapidly.  In a phone call between Haveman and Mike Magolnick, Haveman stated that he had spoken to Joel Cowells about the money due Mattera and Cowells told

Haveman to tell Mattera to sue us.  (See Exhibit L, chronological emails)

41.  Haveman's last email to Mattera was on 5/24/2016 when he confirmed that he was mailing the RVUE malpractice claim against Mattera's law firm in New York to Mattera's Power of Attorney, Mike Magolnick.  Since then, Haveman has all but disappeared, and is now in Federal prison at Morgantown FCI in Morgantown, WV.  (See Exhibit M)

42.  On June 20, 2016, Mattera sent EPT a second demand letter, first sent to S. Sims, CEO on 5/15/2013 copying Haveman on an email entitled "Termination Notice." (See Exhibit C)  The June 20, 2016 letter was mailed, via US Mail, to Mr. Jim Schreiber, CEO of EPT titled "Immediate Repayment of money sent to EPT directly and sent to EPT indirectly per Haveman's email instructions" with copies to Elsa Prince.  (See Exhibit N).  This package to Schreiber included the prior 2013 demand and termination sent by Mattera to S. Sims and Haveman and all wire transfers backing confirmations from Mattera's bank and Haveman's email instructions on how the EPT investment wire needed to be broken up between a direct investment in EPT and an indirect investment in EPT via EDP's President, Robert Haveman (bobh@edpmgmt.com).

43.  Since there was absolutely no response from EPT's CEO Jim Schreiber on the June 20, 2016 Demand, Mattera sent a detailed letter to Prince and EDP on July 18, 2016.  This letter detailed the money due Mattera and included all supporting documentation evidencing Mattera's investment in EPT at the direction of EDP's President, Haveman.  To date he has heard nothing from either Prince or EDP.  See Exhibit O.

44.  On December 28, 2016 Mattera's assistant sent an email indicating Haveman was sentenced to 4.5 years in prison and in that email it states that Haveman admitse that he cost the Trust at least $50 million making risky investments to cover lost funds.  See Exhibit P.

45.  Haveman as President of EDP, Director of EPT, Director of AEI, agent of EDP, and responsible party for EDP's $50 million+ losses and acting in such

capacity, misrepresented investments, their financial statements, and their true status as illiquid/bankrupt companies to Mattera in an attempt to cover up or band-aid EDP's losses in those same companies and his undiscovered theft of EDP's money from Prince.  Haveman was responsible for making investments for EDP, and Haveman knew those losses would trigger an investigation into EDP's financials and an even larger fraud would be uncovered, as it has been seen.  <u>See Exhibit P.</u>

46.  As of the date of this complaint, Mattera has received no response from any party, neither Haveman, EPT, EDP, Prince, Jim Schreiber, or Joel Cowells, and as such, Mattera seeks his money returned with prejudgement interest at the statutory rate of 10% added to the theft of his money.

## Count I - Accounting

47.  Mattera never received any consideration nor any shares or documentation evidencing his investment in EPT.

48. An accounting was made of Mattera's investment determining interest payable with 10% interest due on same.

Wherefore Plaintiff prays for a judgement in the amount of $3,011,654 which includes the 10% prevailing interest rate and treble damages, Jury Trial, and for such further relief as is meet and just.

## Count II - Civil Theft (Fraud)

49.  Mattera was the victim of Haveman's ongoing cover-up to hide substantial losses that he made as President of EDP.

50.  Haveman impressed and dazzled investors with resources he had access to as President of EDP, i.e.:  jets, offices, banking and legal support.  Haveman made the initial investment and show of displays to show that he could do so and gain the confidence of potential investors.

51.  Once trust had been established, Haveman, in his ongoing attempt to cover losses of over $66million he caused EDP ($50 million in bad investments and $16 million+ in direct embezzlement), he then asked Mattera to invest in his "Great opportunities."

52.  Haveman presented investors with fraudulent financial statements and, as President of EDP and Director of most of the companies involved who Haveman controlled, he defrauded Plaintiff and numerous other investors.

53.  Haveman's motive was to get third party investors to continue to invest in his bad deals, to cover his losses in EDP and with Prince as evidenced and proven by his criminal conviction.

54.  Plaintiff was defrauded by Haveman and all defendants, and has sustained losses in the principal amount of $425,000.

Wherefore Plaintiff prays that this Honorable Court finds that Haveman and all other defendants conspired to and actually defrauded Plaintiff causing substantial losses in the amount of $425,000 plus interest and demands treble damage pursuant to the Civil Theft statute, Jury Trial, and for such further relief as is meet and just.

## Count III – Equitable Relief

55.  Plaintiff has no adequate remedy at law available and must seek equitable relief in a court of equity.  Plaintiff has been caused damages in excess of $425,000 through the fraudulent acts of Defendants.

56.  This court of equity has jurisdiction to relieve Plaintiff from the consequences of Defendants' actions.  Plaintiff's reliance on his course of conducting business and his reliance on Defendants' honesty and integrity and to have trusted Defendants has, _ab initia_, caused Plaintiff's damages.

57.  The mistake arising here is Plaintiff's unintentional act, omission, error, or misplaced confidence in Defendants to safeguard his interest by not commemorating his interest, _ab initia_.  The present situation was not anticipated

at the time which mistake can and should have been rectified according to the equities.  Mattera has made many attempts directly with EPT and EDP via Haveman to obtain the investment documents only to be faced with the multiple demands and now this lawsuit.

58.  Equity must intervene to prevent unjust enrichment to Defendants by virtue of Plaintiff's misplaced trust and confidence as produced by the fraudulent or inequitable conduct of Defendants, their undue influence and advantage which caused Plaintiff damages in the amount of $425,000 plus interest, and expenses. The effect of this fraudulent conduct by Defendants has produced the intended and unconscionable consequences to which Plaintiff seeks to prevent loss of his investments with Defendants.

59.  Equity is necessary and the Court should regard as done that which ought to be done with regard to Plaintiff's interest.

60.  Equity is not bound by precedent but can depart from it.  Equity regards substance and intent beyond form, looking to the spirit and intentions of the parties and going to the root of the problem.

61.  To allow Defendants to profit from their fraudulent conduct is contrary to and an imbalance of the equities.  Such action would cause irreparable and substantial harm to Plaintiff.

62.  The need for equitable relief herein is clear, not remote or speculative.

63.  There are special grounds herein for equitable interposition based on factors aforementioned.

64.  Plaintiff seeks justice from a court of law and equity.  Relief is sought; fairness and good conscience require it.

65.  Plaintiff comes with clean hands having done no wrong.

Wherefore Plaintiff respectfully prays that this Honorable Court award Plaintiff his damages in the amount of $425,000, interests, expenses, legal fees, treble damages, Jury Trial, and for such further relief as is meet and just.  The total

amount to date is $3,011,654.

## Count IV - Negligence (Prince)

66.  Prince as beneficiary of the "Elsa D. Prince Living Trust" (the Trust) and EDP Management Company, her family office that oversees the investment of the Trust's assets and employed Haveman as its President, was responsible for the oversight of Haveman, who represented Prince Corp., EDP, and Prince directly by controlling investments through EDP's substantial investments and clout.  He sat on the boards of many of the investments.  Clearly, she failed to oversee him and monitor him and she knew of the danger the lack of oversight could pose and still chose not to.

67.  No annual independent audits of EDP or EPT were ever conducted or directed by Prince which would have exposed Haveman's misrepresentations and Prince knew there were no such independent audits being performed.

68.  Prince as owner and beneficiary of the "Elsa D. Prince Living Trust," a $1.68 billion trust managed by EDP, Prince's family office was headed by Haveman as President/Director tasked with the investment of the Trust money.

69.  Prince had "scienter" of the fraud perpetrated by Haveman and it is her fiduciary duty to shareholders and investors in EPT to inform them of the fraud but she failed to do so.

Scienter:  A degree of knowledge that makes a person legally responsible for the consequences of his or her act or omission.

Negligence:  In this sense, the term is most used in the context of securities fraud.  The Supreme Court has held that to establish a claim for damages under rule 10b-5, a plaintiff must prove that the defendant acted with scienter.

70.  Haveman was permitted with the knowledge and authority of Prince to 'run amok' with a $1.68 billion fund in which Haveman damaged others.

71.   Prince, as beneficiary of the EDP Management Company, was charged with overseeing Haveman but wholly failed to do so.

72.   As a direct approximate result of Prince's negligence, Mattera was damaged in the amount of $425,000 plus interest, treble damages, costs and attorney fees if necessary, and Jury Trial, or a total of $3,011,654 to date.

Wherefore Plaintiff prays that this Honorable Court award Plaintiff compensatory damages in the amount of $425,000, punitive damages, Jury Trial, and for such further relief as is meet and just.


Respectfully Submitted


by _____

John A. Mattera
Personally and for
Mattera Asset Management, Inc.
Rhino Island Capital, Inc.
as their President.

Reg No. 97650-004
Yazoo City LOW FCC
P.O. Box 5000
Yazoo City, MS 39194

## BB&T Wire Transfer Services Request          Date: 10/21/10

Branch: 8540403 Caller's Name:GEORGINA BARGERSTOC          Transfer #:101021-008264

Reporting Branch: 8540403      Phone #:561-368-0072 International Transfer:N

Customer Type:C     Branch Location:506          Transfer Amount:      150000.00

Application: DDA     Debit Account #:0000148277400     GLA Ticket #:

          Repetitive #:
-------------------------------------------------------------
Originator Name: RHINO ISLAND CAPITAL INC

Address:          2234 N FEDERAL HWY STE 351

          BOCA RATON          FL 33431-7706


***************************************************************************
Receiving Bank: THE HUNTINGTON NATIONAL BANK          ABA/Routing:044000024
Bank City/State:COLUMBUS, OH

Further Credit Bank:

Beneficiary Account:03158620973          Beneficiary Account Type:

Beneficiary Name:   ENVIRONMENTAL PACKAGING TECHNOLOGIE

Address:          6100 WEST BY NORTHWEST STE 100

          HOUSTON TX 77040


          -------------------------------------------------------------
Originator Reference:

Originator to Beneficiary Information :
          FROM RHINO ISLAND CAPITAL INC ATTEN: ROBERT HAVERMAN


Bank to Bank Information:
          BUSINESS CONFIRMATION PAYMENT

### BB&T Wire Transfer Services Request

Date: 11/01/10

ch: 8540403 Caller's Name:MARION F STEINER          Transfer #:101101-005381

Jorting Branch: 8540403      Phone #:561-368-0072 International Transfer:N

ustomer Type:C      Branch Location:506          Transfer Amount:      175000.00

pplication: DDA      Debit Account #:0000148277400      GLA Ticket #:

Repetitive #:
--------------------------------------------------------------

riginator Name: RHINO ISLAND CAPITAL INC

ddress:          2234 N FEDERAL HWY STE 351

BOCA RATON          FL 33431-7706

*****************************************************************************

eceiving Bank: THE HUNTINGTON NATIONAL BANK          ABA/Routing:044000024

ank City/State:COLUMBUS, OH

urther Credit Bank:

eneficiary Account:03158620973          Beneficiary Account Type:

eneficiary Name:    ROBERT HAVEMAN

ddress:          2890 NE 28TH ST

FT LAUDERDALE   FL 33306

------------------------------------------------------------

riginator Reference:

riginator to Beneficiary Information :
          PAID IN FULL $750,000 FISKER WARRANTS AND ADDITIONAL FOR H&M CHAMBERS
          ENERGY LLC

Bank to Bank Information:

On Sep 30, 2010, at 9:49 AM, Bob Haveman wrote:

John
Use my account for the H&M deal and the EPT for the 375.
I do need the 375 right away.
Thanks
Bob

**From:** Nicholas.Schlick@huntington.com [mailto:Nicholas.Schlick@huntington.com]
**Sent:** Thursday, September 30, 2010 9:38 AM
**To:** BOBH@edpmgmt.com
**Subject:** Wire instructions

ob,

re are the wire instructions you asked for.

Bob's Accout:

Financial Institution:  Huntington National Bank
                170 College Ave Suite 150
                Holland, MI  49423
SWIFT:  HUNTUS33
Routing #:  044000024
Beneficiary:  Robert Haveman
Beneficiary Acct #:  03158620973

EPT's Account:

Financial Institution:  Huntington National Bank
                170 College Ave Suite 150
                Holland, MI  49423
SWIFT:  HUNTUS33
Routing #:  044000024
Beneficiary:  Environmental Packaging Technologies
Beneficiary Acct #:  01153096180

Account Relationship Assoc   Private Financial Group   Phone: 616.355.8501   huntington.com

<ATT00007.jpg>

This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.



1. MATTERA
2. BECKMAN
3. M. SIMS
4. HAVEMAN

EPT FACTORY
Holland, MICHIGAN

Holland Michigan
2010 Tulip Festival

TRULINCS  97650004 - MATTERA, JOHN ANDREW - Unit: BRO-G-B

-----------------------------------------------------------------------------------------------

FROM: 97650004
TO: Gardner, Ian; Haveman, Robert
SUBJECT: EPT TERMINATION NOTICE
DATE: 05/15/2013 08:29:02 PM

Bob,

I sent US$425,000 in 2010 at your email instructions to purchase EPT shares. The instruction from you were for me to send money to the following accounts in the following amounts:

1- US$150,000 went direct to EPT corp acct
2- US$275,000 went to you personally

I sent the wires and both you and Mike Sims confirmed receipt. Initially you didnt even know I made the investment.

To date not one share has been received (30 months)by me, nor any formal investment documents from either EPT or yourself. Nothing has been signed by either party.

CONSIDER THIS NOTICE OF TERMINATION OF THE INVESTMENT AND 24 HOUR DEMAND OF RETURN OF FUNDS WIRED FOR EPT INVESTMENT.

Wire Instructions:

Lawworks Inc
3_ _amato Road
B_   Raton, Florida  33431

FIRST SOUTHERN BANK
3050 NORTH FEDERAL HWY
LIGHTHOUSE POINT FLORIDA  33064   USA

ABA# 067 012 895
Account# 1510003039

Ref: JMATTERA RHINO ISLAND MATTERA ASSET MANAGEMENT HAVEMEN RETURN OF FUNDS

Financial Summary:
US$150,000 REFUNDED TO MY LAWYERS TRUST ACCOUNT FROM EPT (Demand letter sent to Shane Sims 5-15-2013)
US$137,500 REFUNDED TO MY LAWYERS TRUST FROM YOU (Demand letter sent to you 5-15-2013)
*(US$275,00O - 100,000 (SANTA FE REIMBURSEMENT TO HAVEMAN) - 37,500 (ADVANCES FROM HAVEMAN 2012/2013) = US$137,500 RETURN)
TOTAL RETURN BETWEEN EPT CORP AND R HAVEMAN: US$287,500.00 DAY END 5-17-2013.

This clears up any discrepency of lack of delivery of shares from both you to me(EPT) and me to you(SFGD) and total money due each other.

FISKER has left me with a loss of US$4.5mil and I am pursuing all remedies against FISKER and related entities. As discussed the lawsuit will be filed in federal Court this Friday by my attorneys.

The attorneys representing me in that case(s) are the same that reviewed all of my EPT docs, emails, attachments and are expecting EPT's reimbursement this week.

It seems the same situation that AEI paid US1mil (for mis stating the facts of BLOOM ENERGY )to the SEC applies to EPT and Mike Sims. EPT's supplied me and others with five sets of downward revised financial statements since 2010, 2011, 2012. They were provided to me by  you and given to you by EPT's President at the time, Mike Sims.

I am in sitting here for the same mistake....they call that Conspiracy or the mis statement by one even though he received the information from another causing or effectuating a loss.

TRULINCS  97650004 - MATTERA, JOHN ANDREW - Unit: BRO-G-B

---------------------------------------------------------------------------------------------

Documentation of EPT's blatant mis statements were even sent to Transportation Resource Partners (TRP FUND), a Fund owned by Roger Penske that I introduced to you and mike Sims in December 2010 to possibly co invest. TRP spent time and energy only to find that the financials were so mis stated(after my investment of October and November 2010) that the US$100,000,000 sales company was not even selling US$30,000,000.

Make sure there are no delays as I will have no other choice than to turn this over to the attorneys who are working directly with the government on the other issues. I will be meeting with them on Monday to go over the FISKER scheme and to formally sign off on the complaints against FISKER and related entities.

After receipt, we are square with these transactions and will be starting on the ARGO RVUE/Richard Sullivan, Jason Kaatz litigaion and filing both civil and possible criminal complaints to protect our interests.

Moving things right along and thank you for paying attention as I am turning this around.

thank you for all that you have done but its time for both of us to square up loose ends,

John

ps-Dont worry about the LOTUS INVOICE as its being dealt with and thank you for reviewing.

TRULINCS  97650004 - MATTERA, JOHN ANDREW - Unit: BRO-G-B

----------------------------------------------------------------------------------

F  M: 97650004
TO: Gardner, Ian; Roberson, W
SUBJECT: URGENT EMAIL #2
DATE: 05/15/2013 08:06:34 PM

<WANDA....COPY AND PASTE THIS LETTER BELOW TO THE ferrarijam@bellsouth.net email account on the small computer
and email it to:

To: shane@eptpac.com

cc:Ian@lawworksusa.com

Mr.Shane Sims
EPT
US Headquarters
6100 West by Northwest
Suite 100
Houston, Texas  77040  USA

Re:24 Hour Demand for Money wired over two years ago.

Mr. Sims.

In November of 2010 I sent at the instructions of Mike Sims and Robert Haveman US$150,000 direct to Corporate EPT bank
a     nts and US$275,000 to Robert Haveman for investment in EPT. It was sent from Rhino Island Capital, LLC referencing
Jo.., Mattera and Mattera Asset Management, Inc. and confirmed verbally, text and email by Mike Sims and Robert
Haveman.

To date I have received no documentation that indicates my investment, no investment memorandum from the company or
Robert Haveman that was signed by me and countersigned by EPT, absolutely nothing!

Combining this with the fact that I have had serious concerns about the financials that were presented to me originally to make
the investment as they were later that year found to be terribly inaccurate and the US$100,000,000 in business did not amount
to US$30,000,000. Since then I think there has been no less than four downward income revisions.

Also, I was the man who brought Roger Penske and his FUND, Transportation Resource Partners(TRP FUND)to Robert
haveman and Mike Sims to potentially invest in EPT in late 2010 and early 2011. When they investigated the companies
business, they had to back away due to the terrible accounting errors and income overstatements.

In saying this I hereby demand the immediate return of wired funds (US$150,000)to my attorneys trust account (below) no later
than day end Friday 17 May 2013. I am not interested in the investment any longer.

If I do not receive confirmation of refund from my attorney, I will have no other choice thasn to file a complaint with the USAO as
I have meeting with them this Monday in NYC. I am meeting with them to go over the FISKER/Advanced Equities Scheme in
which I lost almost US$4,500,000. It seems that the USAO has quite the interest in these companies that stretch the truth.

Lawworks Inc
301 Yamato Road
Boca Raton, Florida 33431  USA

FIRST SOUTHERN BANK
3     North Federal Hwy
lighthouse Point, Florida  33064  USA
ABA# 067 012 895
Account# 1510003039

Ref-Return of proceeds; JMATTERA/Rhino Island/Mattera Asset

TRULINCS  97650004 - MATTERA, JOHN ANDREW - Unit: BRO-G-B
--------------------------------------------------------------------------------

govern yourself accordingly,

John Mattera

CC: Ian Gardner,

Robert Haveman
190 S. River Ave, Ste 300
Holland, MI  49423

3-6-14

John

Enclosed are the details for the basis of the lawsuit. Please review and send me your comments and thoughts prior to me moving forward to file the case.

Thanks

Robert Haveman



ENVIRONMENTAL PACKAGING TECHNOLOGIES
THE SHAPE OF SAFER SHIPPING



**Environmental
Packaging
Technologies**

The Shape of Safer Shipping

## TABLE OF CONTENTS

| | |
|---|---|
| 1.   Executive Summary | 4 |
| 1.1   Objectives | 4 |
| 1.2   Mission | 4 |
| 1.3   Keys to Success | 5 |
| 2.   Company Summary | 6 |
| 2.1   Company History | 6 |
| 3.   Products | 7 |
| 3.1   BIG Red Flexitanks | 7 |
| 3.1.1   Test and Approvals | 8 |
| 3.1.2   Customers | 9 |
| 3.1.3   Flexitank Competition | 9 |
| 3.2   BIG Red Dry Liners | 10 |
| 3.2.1   Certifications | 10 |
| 3.2.2   Customers | 10 |
| 3.2.3   Dry Liner Competition | 10 |
| 3.3   Ancillary Products | 10 |
| 4.   Manufacturing | 11 |
| 5.   Product Testing | 12 |
| 6.   Market Analysis | 12 |
| 6.1   Market Conditions | 13 |
| 6.2   Market Segmentation | 13 |
| 6.3   Target Market Strategy | 13 |
| 7.   Industry Analysis | 14 |
| 8.   Marketing Strategy | 14 |

All Rights Reserved – Confidential & Proprietary
Environmental Packaging Technologies, Inc. 08/2012



**Environmental Packaging Technologies**

The Shape of Safer Shipping

## 1. Executive Summary

Environmental Packaging Technologies Inc. (EPT) is a leading global bulk packaging company providing innovative packaging solutions for the transport and storage of bulk products. We manufacture unique bulk packaging for liquids, granular solids and other flowable products that provide significant shipping cost reduction, increased utility for customers and minimal environmental impact. Our products are re-claimable and can be recycled at the end of their useful life. Our proven business model yields substantial returns and promises extraordinary growth.

### 1.1 Objectives

Our continuing objective is to build a world class bulk packaging Service Company. Our management team is building a solid, expandable business structure and is focused on marketing and production. We are managing our growth in all areas, including: sales, production, infrastructure and control, and brand development. New products are in the final stages of development, with even more profitable ideas still in the pipeline.

The Company has a first class manufacturing base using proven patent-pending liquid bulk transport packaging technology. Our focus is to earn the confidence of customers by providing a quality product with excellent "womb - to - tomb" service and to retain these customers by continually creating solutions to their business challenges. We are also exploring the use of distributors to increase our speed to market and penetration within it.

Our Company will yield a significant return on investment to existing and future investors while providing the gratification of making a positive environmental impact on the plant. → planet *Typo*

### 1.2 Mission

Environmental Packaging Technology's patent-pending shipping solutions provide significant cost savings for shippers of all flowable products. Our products exceed global standards for dependability and provide shippers with the confidence they need and expect. After years of research and development, EPT is proud to introduce the safest, most durable and environmentally-friendly shipping solutions in the industry.

EPT realized that the keys to its global success were to first create a world-class U.S. based manufacturing environment and then expand this same manufacturing capability globally though strategic placement of EPT owned and managed manufacturing units. Our US based manufacturing facility was completed in April 2009 and is located in Holland, Michigan.

All Rights Reserved – Confidential & Proprietary
Environmental Packaging Technologies, Inc. 08/2012

**Environmental
Packaging
Technologies**

The Shape of Safer Shipping



## 2. Company Summary

A global organization headquartered in Houston, TX

Manufacturing plant in Michigan, USA

Sales offices in Moscow, Russia; Rotterdam, The Netherlands; Santiago, Chile; Houston, Texas; Shanghai, China; and Seoul, Korea

Distribution centers in Russia, Argentina, USA, Australia, Chile, South Africa, Korea, Brazil, and Spain

### 2.1 Company History

EPT entered the bulk packaging market in 2007 perceiving a huge opportunity to offer new ideas and a fresh perspective to an expanding yet indifferent industry. Believing that as a responsible company, it was our duty to bring a different ideology to the bulk packaging market. The first crucial change from the norm was to position EPT as a service company; offering not only quality products but quality services.

2012 Financial Package

Environmental Packaging Technologies

# The Shape of Safer Shipping

 **Environmental Packaging Technologies**

The Shape of Safer Shipping

# TABLE OF CONTENTS

1.  Company Summary — 3
2.  Financial Overview & Projections — 3
    2.1 Projected Income Statements — 4
    2.2 Projected Balance Sheets — 5
    2.3 Operations and Investments Assumptions — 6
    2.4 Operations and Investments Assumptions (Cont.) — 7
    2.5 Financing Assumptions — 8
    2.6 Projected Cash Flows — 9
    2.7 Overall Summary — 10

All Rights Reserved – Confidential & Proprietary
Environmental Packaging Technologies, Inc. 08/2012

 **Environmental Packaging Technologies**

The Shape of Safer Shipping

## 1. Company Overview

Our continuing objective is to build a world class bulk packaging Service Company. Our management team is building a solid, expandable business structure and is focused on marketing and production. We are managing our growth in all areas, including: sales, production, infrastructure and control, and brand development. New products are in the final stages of development, with even more profitable ideas still in the pipeline.

The Company has a first class manufacturing base using proven patent-pending liquid bulk transport packaging technology. Our focus is to earn the confidence of customers by providing a quality product with excellent "womb - to - tomb" service and to retain these customers by continually creating solutions to their business challenges. We are also exploring the use of distributors to increase our speed to market and penetration within it.

## 2. Financial Overview & Projections

The following pages consist of financial data that include projections, assumptions and an overall investment plan. Our primary goal is to yield a significant return on investment to existing and future investors while providing the gratification of making a positive environmental impact on the plant.

All Rights Reserved – Confidential & Proprietary
Environmental Packaging Technologies, Inc. 08/2012



**Environmental
Packaging
Technologies**

The Shape of Safer Shipping

## Projected Income Statements

| | 2nd Half 2012 | % Of Sales | 2013 | % Of Sales | 2014 | % Of Sales | 2015 | % Of Sales |
|---|---|---|---|---|---|---|---|---|
| **Income:** | | | | | | | | |
| Sales | $12,836,200 | 100.00% | $30,432,000 | 100.00% | $37,310,139 | 100.00% | $45,458,306 | 100.00% |
| Cost of Goods Sold | 9,339,401 | 72.76% | 21,601,000 | 70.98% | 25,147,629 | 67.40% | 29,483,877 | 64.86% |
| Gross Profit | 3,496,799 | 27.24% | 8,831,000 | 29.02% | 12,162,510 | 32.60% | 15,974,429 | 35.14% |
| | | | | | | | | |
| **Expenses:** | | | | | | | | |
| Selling, General & Admin. | 2,400,000 | 18.70% | 5,200,000 | 17.09% | 5,600,000 | 15.01% | 6,000,000 | 13.20% |
| Other Expenses | - | 0.00% | - | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Income on Operations | 1,096,799 | 8.54% | 3,631,000 | 11.93% | 6,562,510 | 17.59% | 9,974,429 | 21.94% |
| | | | | | | | | |
| **Other Income & (Expense):** | | | | | | | | |
| Tax | (173,040) | -1.35% | (829,800) | -2.73% | (1,739,253) | -4.66% | (2,822,829) | -6.21% |
| Interest Expense | (520,000) | -4.05% | (865,000) | -2.84% | (765,000) | -2.05% | (565,000) | -1.24% |
| | | | | | | | | |
| **NET INCOME** | 403,759 | 3.15% | 1,936,200 | 6.36% | 4,058,257 | 10.88% | 6,586,600 | 14.49% |
| | | | | | | | | |
| **EBIT** | 1,096,799 | 8.54% | 3,631,000 | 11.93% | 6,562,510 | 17.59% | 9,974,429 | 21.94% |
| | | | | | | | | |
| **Depreciation** | 150,000 | 1.17% | 400,000 | 1.31% | 500,000 | 1.34% | 600,000 | 1.32% |
| **EBITDA** | 1,246,799 | 9.71% | 4,031,000 | 13.25% | 7,062,510 | 18.93% | 10,574,429 | 23.26% |

*[handwritten notes: "Where are we now", "Where are we now", "How did we fund", "2015 $54,622,118 Actual Gross Sales"]*

All Rights Reserved – Confidential & Proprietary
Environmental Packaging Technologies, Inc. 08/2012

 **Environmental Packaging Technologies**

The Shape of Safer Shipping

## Projected Balance Sheets

| | 2nd Half 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|
| **Current Assets:** | | | | |
| Cash | $4,437,126 | $847,740 | $781,940 | $1,609,384 |
| Accounts receivable | 3,080,688 | 3,651,840 | 4,477,217 | 5,454,997 |
| Inventory | 3,362,184 | 3,888,180 | 4,526,573 | 5,307,098 |
| Other current assets | 93,088 | 97,743 | 102,630 | 107,762 |
| Total current assets | 10,973,086 | 8,485,503 | 9,888,360 | 12,479,240 |
| | | | | |
| **Property, Plant and Equipment:** | | | | |
| Gross property, plant & equipment | 2,008,148 | 3,008,148 | 4,008,148 | 5,008,148 |
| Less accumulated depreciation | (150,000) | (550,000) | (1,050,000) | (1,650,000) |
| Net property, plant & equipment | 1,858,148 | 2,458,148 | 2,958,148 | 3,358,148 |
| | | | | |
| **Other Assets:** | | | | |
| Other assets | 8,696,475 | 9,044,334 | 9,406,107 | 9,782,352 |
| Goodwill | 0 | 0 | 0 | 0 |
| | | | | |
| **Total Assets** | $21,527,709 | $19,987,985 | $22,252,616 | $25,619,740 |
| | | | | |
| | | | | |
| **Current Liabilities:** | | | | |
| Accounts payable | $4,296,124 | $4,320,200 | $4,526,573 | $5,307,098 |
| Short-term revolver | 2,500,000 | 2,500,000 | 2,500,000 | 2,500,000 |
| Other Accrued Liabilities | $3,696,286 | $3,696,286 | $3,696,286 | $3,696,286 |
| A/R LOC | 6,800,000 | 4,800,000 | 4,800,000 | 1,800,000 |
| Total current liabilities | 17,292,410 | 15,316,486 | 15,522,859 | 13,303,384 |
| | | | | |
| **Long-Term Liabilities:** | | | | |
| Long-term *Converted to Equity 2016* | 11,500,000 | 10,000,000 | 8,000,000 | 7,000,000 |
| Other Long-term liabilities | 415,910 | 415,910 | 415,910 | 415,910 |
| Total long-term liabilities | 11,915,910 | 10,415,910 | 8,415,910 | 7,415,910 |
| | | | | |
| **Stockholders' Equity:** | | | | |
| Common Stock | 100,000 | 100,000 | 100,000 | 100,000 |
| Preferred Stock | 17,992,044 | 17,992,044 | 17,992,044 | 17,992,044 |
| Retained Earnings | (31,066,379) | (29,130,179) | (25,071,922) | (18,485,322) |
| Additional Paid in Capital | 5,293,724 | 5,293,724 | 5,293,724 | 5,293,724 |
| Total stockholders' equity | (7,680,611) | (5,744,411) | (1,686,154) | 4,900,446 |
| | | | | |
| **Total Liabilities and Stockholders' Equity** | $21,527,709 | $19,987,985 | $22,252,616 | $25,619,740 |
| | | | | |
| | $0 | $0 | $0 | $0 |

All Rights Reserved – Confidential & Proprietary
Environmental Packaging Technologies, Inc. 08/2012



**Environmental Packaging Technologies**

The Shape of Safer Shipping

## OPERATIONS AND INVESTMENTS ASSUMPTIONS

| | 2nd Half 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|
| **Income Statement:** | | | | |
| Sales | $12,836.200 | $30,432,000 | $37,310,139 | $45,458,306 |
| COGS (% of sales) (Historicals include depr) | 72.76% | 70.98% | 67.40% | 64.86% |
| SG&A (% of sales) (Histroicals include depr) | 18.70% | 17.09% | 15.01% | 13.20% |
| | | | | |
| | | | | |
| **Assets:** | | | | |
| Cash - Minimum balance (% of sales) | 8.00% | 8.00% | 8.00% | 8.00% |
| Accounts receivable (% of sales) | 12.00% | 12.00% | 12.00% | 12.00% |
| Inventory (% of COGS) | 18.00% | 18.00% | 18.00% | 18.00% |
| Other Current Assets (%) | 5.00% | 5.00% | 5.00% | 5.00% |
| Other Asset Change (%) | 4.00% | 4.00% | 4.00% | 4.00% |
| | | | | |
| **Liabilities:** | | | | |
| Accounts payable (% of COGS) | 23.00% | 20.00% | 18.00% | 18.00% |
| Other Liabilities Change (%) | 5.00% | 5.00% | 5.00% | 5.00% |
| | | | | |
| **Investments:** | | | | |
| Investment in PP&E ($) | $250,000 | $1,000,000 | $1,000,000 | $1,000,000 |
| Depreciation ($) | $150,000 | $400,000 | $500,000 | $600,000 |
| Common Stock ($) | $0 | $0 | $0 | $0 |
| New Equity Invested ($) | $0 | $0 | $0 | $0 |
| | | | | |
| | 1.17% | 1.31% | 1.34% | 1.32% |

SALES INSUFFICIENT TO SUPPORT MASSIVE DEBT
ELSA/EPT MUST CONVERT DEBT TO EQUITY TO SURVIVE AND SHE IS
\*PER HAVEMAN

All Rights Reserved – Confidential & Proprietary
Environmental Packaging Technologies, Inc. 08/2012



**Environmental Packaging Technologies**

The Shape of Safer Shipping

## OPERATIONS AND INVESTMENTS ASSUMPTIONS (CONT.)

| Descriptions | Balance Sheet (June 30, 2012) | 2nd Half 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|
| **Balance Sheet:** | | | | | |
| Cash | $373,076 | 4,437,126 | 847,740 | 781,940 | 1,609,384 |
| Accounts receivable | $2,084,658 | 3,080,688 | 3,651,840 | 4,477,217 | 5,454,997 |
| Inventory | $3,935,363 | 3,362,184 | 3,888,180 | 4,526,573 | 5,307,098 |
| Other Current Assets | $90,818 | 93,088 | 97,743 | 102,630 | 107,762 |
| Fixed Assets | $1,758,148 | 2,008,148 | 3,008,148 | 4,008,148 | 5,008,148 |
| Accumulated Depreciation | | (150,000) | (550,000) | (1,050,000) | (1,650,000) |
| Other Assets | $8,525,956 | 8,696,475 | 9,044,334 | 9,406,107 | 9,782,352 |
| Goodwill | $0 | $0 | $0 | $0 | $0 |
| Total Assets | 16,768,019 | 21,527,709 | 19,987,985 | 22,252,616 | 25,619,740 |
| | | | | | |
| Accounts payable | $4,628,942 | 4,296,124 | 4,320,200 | 4,526,573 | 5,307,098 |
| Short-term revolver *ELSA / EDP* | $2,500,000 | $2,500,000 | $2,500,000 | $2,500,000 | $2,500,000 |
| Bridge Loan *ELSA / EDP* | $2,315,000 | $2,500,000 | $2,500,000 | $2,500,000 | $2,500,000 |
| Accounts Rec Loan | | $1,800,000 | $6,800,000 | $4,800,000 | $4,800,000 |
| Other Accrued Liabilities | $1,196,286 | $1,196,286 | $1,196,286 | $1,196,286 | $1,196,286 |
| Equipment Loan | $361,876 | $415,910 | $415,910 | $415,910 | $415,910 |
| Long-term Debt *ELSA / EDP* | $12,050,288 | 11,500,000 | 10,000,000 | 8,000,000 | 7,000,000 |
| Long-term Liabilities (New Equity Money) | | $0 | 0 | 0 | 0 |
| | | | | | |
| Common Stock | $100,000 | 100,000 | 100,000 | 100,000 | 100,000 |
| Preferred Stock | $17,992,042 | $17,992,044 | $17,992,044 | $17,992,044 | $17,992,044 |
| Retained Earnings | ($31,470,139) | (31,066,379) | (29,130,179) | (25,071,922) | (18,485,322) |
| Additional Paid in Capital | $5,293,724 | $5,293,724 | $5,293,724 | $5,293,724 | $5,293,724 |
| | | | | | |
| | | 16,768,019 | 21,527,709 | 19,987,985 | 22,252,616 | 25,619,740 |
| | | 0 | 0 | 0 | 0 |
| **Income Statement:** | | | | | |
| Sales | | 12,836,200 | 30,432,000 | 37,310,139 | 45,458,306 |
| Cost of Goods Sold | | 9,339,400 | 21,601,000 | 25,147,629 | 29,483,877 |
| Selling, General & Administrative | | 2,400,000 | 5,200,000 | 5,600,000 | 6,000,000 |
| Other Income | | $0 | $0 | $0 | $0 |
| | | | | | |
| | | 21,527,709 | 19,987,985 | 22,252,616 | 25,619,740 |

↑ *PER HAVEMAN*

All Rights Reserved – Confidential & Proprietary
Environmental Packaging Technologies, Inc. 08/2012

**Environmental Packaging Technologies**

The Shape of Safer Shipping

## FINANCING ASSUMPTIONS

| | 2nd Half 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|
| Interest rate on long-term | 5.00% | 5.00% | 5.00% | 5.00% |
| Interest rate on short-term revolver | 5.00% | 5.00% | 5.00% | 5.00% |
| Interest rate on A/R LOC | 5.00% | 5.00% | 5.00% | 5.00% |
| | 2nd Half 2012 | 2013 | 2014 | 2015 |
| | | | | |
| Long-term  ✱ ELSA/ BOP | $11,500,000 | $10,000,000 | $8,000,000 | $7,000,000 |
| Short-term revolver  ✱ ELSA/EDP | $2,500,000 | $2,500,000 | $2,500,000 | $2,500,000 |
| A/R LOC (Calculated) | $6,800,000 | $4,800,000 | $4,800,000 | $1,800,000 |
| New Equity Capital | 0 | 0 | 0 | 0 |
| Dividends paid | 0 | 0 | 0 | 0 |

### Interest Expense

| | 2nd Half 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|
| | | | | |
| Long-term revolver | $287,500 | $500,000 | $400,000 | $350,000 |
| Short-term revolver | 62,500 | 125,000 | 125,000 | 125,000 |
| A/R LOC | 170,000 | 240,000 | 240,000 | 90,000 |
| Total | $520,000 | $865,000 | $765,000 | $565,000 |

### Excess Cash Analysis

| | 2nd Half 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|
| | | | | |
| Beginning cash balance | $373,076 | $4,198,089 | $608,703 | $542,903 |
| Cash Flow from Operations, Inv. & Fin. | 3,825,013 | (3,589,385) | (65,800) | 827,444 |
| Ending cash balance | 4,198,089 | 608,703 | 542,903 | 1,370,347 |

All Rights Reserved – Confidential & Proprietary



**Environmental Packaging Technologies**

The Shape of Safer Shipping

## Projected Cash Flows

| | 2nd Half 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|
| **Cash Flows from Operating Activities:** | | | | |
| | | | | |
| **Net Income** | $403,759 | $1,936,200 | $4,058,257 | $6,586,600 |
| | | | | |
| Plus: | | | | |
| Depreciation | 150,000 | 400,000 | 500,000 | 600,000 |
| | | | | |
| (Increase) Decrease in: | | | | |
| Accounts Receivable | (996,030) | (571,152) | (825,377) | (977,780) |
| Inventory | 573,179 | (525,996) | (638,393) | (780,525) |
| Other current or non-current assets | (172,790) | (352,513) | (366,661) | (381,376) |
| | | | | |
| Increase (Decrease) in: | | | | |
| Accounts Payable | (332,818) | 24,076 | 206,373 | 780,525 |
| Other current or non-current liabilities | 5,000,000 | (2,000,000) | 0 | (3,000,000) |
| | | | | |
| **Cash flow from operations activities** | 4,625,301 | (1,089,385) | 2,934,200 | 2,827,444 |
| | | | | |
| **Cash Flows from Investing Activities:** | | | | |
| Purchases of Property, Plant & Equipment | (250,000) | (1,000,000) | (1,000,000) | (1,000,000) |
| New equity capital | 0 | 0 | 0 | 0 |
| Common Stock | 0 | 0 | 0 | 0 |
| Dividends Paid | 0 | 0 | 0 | 0 |
| | | | | |
| **Cash flow from investing activities** | (250,000) | (1,000,000) | (1,000,000) | (1,000,000) |
| | | | | |
| **Cash Flows from Financing Activities:** | | | | |
| Increase (decrease) in long-term debt | (550,288) | (1,500,000) | (2,000,000) | (1,000,000) |
| Increase (decrease) in short-term debt | 0 | 0 | 0 | 0 |
| | | | | |
| **Cash flow from Financing activities** | (550,288) | (1,500,000) | (2,000,000) | (1,000,000) |
| | | | | |
| | | | | |
| **Net Increase (Decrease) in Cash** | 3,825,013 | (3,589,385) | (65,800) | 827,444 |
| | | | | |
| **Beginning Cash Balance** | 373,076 | 4,437,126 | 847,740 | 781,940 |
| | | | | |
| **Ending Cash Balance** | $4,437,126 | $847,740 | $781,940 | $1,609,384 |



**Environmental
Packaging
Technologies**

The Shape of Safer Shipping

## OVERALL SUMMARY

| | Income Statement Projections | | | | | |
|---|---|---|---|---|---|---|
| | 2012 by QTR | | 2012 – 2015 by Year | | | |
| | 2012 | | 2012 | 2013 | 2014 | 2015 |
| | 3rd Qtr | 4th Qtr | | | | |
| **Product Sales** | | | | | | |
| Flexitanks w/ Bulkhead | $3,575,000 | $4,225,000 | $7,800,000 | $14,300,000 | $17,491,275 | $21,468,300 |
| Flexitank Only | $275,000 | $440,000 | $715,000 | $2,200,000 | $2,645,000 | $3,174,000 |
| V Flexitanks | 123,000 | 1,230,000 | $1,353,000 | 6,560,000 | 8,330,250 | 10,247,850 |
| | | - | $- | - | - | - |
| | | | | | | |
| Total Product Sales | $3,973,000 | $5,895,000 | $9,868,000 | $23,060,000 | $28,466,525 | $34,890,150 |
| **Logistics Sales** | | | | | | |
| Logistics Moves Flexi Fit | $95,700 | $156,750 | $252,450 | $627,000 | $844,931 | $1,082,201 |
| Logistics Moves Flexi Fit/Dray | $522,000 | $855,000 | $1,377,000 | $3,420,000 | $4,055,670 | $4,809,780 |
| Logistics Moves Flexi Full Logistics | $507,500 | $831,250 | $1,338,750 | $3,325,000 | $3,943,013 | $4,676,175 |
| | $- | $- | $- | $- | $- | $- |
| | | | | | | |
| Total Logistics Sales | $1,125,200 | $1,843,000 | $2,968,200 | $7,372,000 | $8,843,614 | $10,568,156 |
| | | | | | | |
| **Grand Total Sales** | $5,098,200 | $7,738,000 | $12,836,200 | $30,432,000 | $37,310,139 | $45,458,306 |
| | | | | | | |
| **Cost of Goods Sold $** | | | | | | |
| Flexitanks w/ Bulkhead | $2,117,500 | $2,502,500 | $4,620,000 | $7,700,000 | $8,810,420 | $10,120,770 |
| Flexitank Only | $157,500 | $252,000 | $409,500 | $1,120,000 | $1,242,000 | $1,375,400 |
| V Flexitanks w/ Bulkhead | | $750,000 | $750,000 | $3,840,000 | $4,500,250 | $5,351,655 |
| V Flexitank Only | | $- | $- | $- | $- | $- |
| Logistics Moves Flexi Fit | $82,650 | $135,375 | $218,025 | $598,500 | $709,742 | $921,875 |
| Logistics Moves Flexi Fit/Dray | $449,500 | $736,250 | $1,185,750 | $2,945,000 | $3,492,383 | $4,141,755 |
| Logistics Moves Flexi Full Logistics | $471,250 | $771,875 | $1,243,125 | $3,087,500 | $3,661,369 | $4,342,163 |
| | $- | $- | $- | $- | $- | $- |
| Freight Cost | $220,500 | $360,500 | $581,000 | $1,470,000 | $1,738,205 | $2,055,620 |
| VAT & Duties | $126,000 | $206,000 | $332,000 | $840,000 | $993,260 | $1,174,640 |
| | | | | | | |
| **Total Cost of Good** | $3,624,900 | $5,714,500 | $9,339,400 | $21,601,000 | $25,147,629 | |

All Rights Reserved – Confidential & Proprietary

Environmental Packaging Technologies, Inc. 08/2012

 **Environmental Packaging Technologies**     The Shape of Safer Shipping

| | | | | | | |
|---|---|---|---|---|---|---|
| Sold | | | | | | $29,483,877 |
| | | | | | | |
| **Gross Margin** | $1,473,300 | $2,023,500 | $3,496,800 | $8,831,000 | $12,162,510 | $15,974,429 |
| | 29% | 26% | 27% | 29% | 33% | 35% |
| | | | | | | |
| **SG&A / Overhead** | $1,200,000 | $1,200,000 | $2,400,000 | $5,200,000 | $5,600,000 | $6,000,000 |
| | 23.5% | 15.5% | 18.7% | 17.1% | 15.0% | 13.2% |
| | | | | | | |
| **Income From Operations** | $273,300 | $823,500 | $1,096,800 | $3,631,000 | $6,562,510 | $9,974,429 |
| | 5.4% | 10.6% | 8.5% | 11.9% | 17.6% | 21.9% |
| | | | | | | |
| **Interest Expense** | $(260,000) | $(260,000) | $(520,000) | $(865,000) | $(765,000) | $(565,000) |
| **Tax** | | $(173,040) | $(173,040) | $(829,800) | $(1,739,253) | $(2,822,829) |
| **Net Income** | $13,300 | $390,460 | $403,760 | $1,936,200 | $4,058,257 | $6,586,600 |
| | | | | | | |
| **Depreciation Expense** | $75,000 | $75,000 | $150,000 | $400,000 | $500,000 | $600,000 |
| | | | | | | |
| **EBITDA** | $348,300 | $898,500 | $1,246,800 | $4,031,000 | $7,062,510 | $10,574,429 |
| | 6.8% | 11.6% | 9.7% | 13.2% | 18.9% | 23.3% |
| **Raw Statistical Data** | | | | | | |
| | | | | | | |
| **Unit Selling Price** | | | | | | |
| Flexitanks w/ Bulkhead | $650 | $650 | $650 | $650 | $675 | $700 |
| Flexitank Only | $550 | $550 | $550 | $550 | $575 | $600 |
| V Flexitanks | 410 | 410 | 410 | 410 | 435 | 450 |
| | | | | | | |
| | | | | | | |
| **Logistics Moves Selling Price** | | | | | | |
| Logistics Moves Flexi Fit | $110 | $110 | 110 | $110 | $125 | $135 |
| Logistics Moves Flexi Fit/Dray | $900 | $900 | 450 | $900 | $900 | $900 |
| Logistics Moves Flexi Full Logistics | $3,500 | $3,500 | 1,750 | $3,500 | $3,500 | $3,500 |
| | | | - | | | |
| | | | | | | |
| **Material Cost** | | | | | | |
| **Unit Material Cost** | | | | | | |
| Flexitanks w/ Bulkhead | $385 | $385 | $385 | $350 | $340 | $330 |
| Flexitank Only | $315 | $315 | $315 | $280 | $270 | $260 |
| V Flexitanks | $250 | $250 | $250 | $240 | $235 | $235 |

All Rights Reserved – Confidential & Proprietary

Environmental Packaging Technologies, Inc. 08/2012



**Environmental Packaging Technologies**

The Shape of Safer Shipping

| | | | | | | |
|---|---|---|---|---|---|---|
| **Freight Cost** | $35 | $35 | $35 | $35 | $35 | $35 |
| **VAT & Duties** | $20 | $20 | $20 | $20 | $20 | $20 |
| | | | | | | |
| **Logistics Moves Unit "material" cost** | | | | | | |
| Logistics Moves Flexi Fit | $95 | $95 | $95 | $105 | $105 | $115 |
| Logistics Moves Flexi Fit/Dray | $775 | $775 | $388 | $775 | $775 | $775 |
| Logistics Moves Flexi Full Logistics | $3,250 | $3,250 | $1,625 | $3,250 | $3,250 | $3,250 |
| | | | $- | | | |
| | | | | | | |
| **Logistics Moves penetration % by product** | | | | | | |
| Logistics Moves Flexi Fit | 15% | 15% | 15% | 15% | 15% | 15% |
| Logistics Moves Flexi Fit/Dray | 10% | 10% | 10% | 10% | 10% | 10% |
| Logistics Moves Flexi Full Logistics | 2.5% | 2.5% | 1.3% | 2.5% | 2.5% | 2.5% |
| | | | | | | |
| **Units Sales** | | | | | | |
| | | | | | | |
| Flexitanks w/ Bulkhead | 5,500 | 6,500 | 12,000 | 22,000 | 25,913 | 30,669 |
| Flexitank Only | 500 | 800 | 1,300 | 4,000 | 4,600 | 5,290 |
| V Flexitanks | 300 | 3,000 | 3,300 | 16,000 | 19,150 | 22,773 |
| | | | - | | | |
| | | | | | | |
| **Total Flexitanks** | 6,300 | 10,300 | 16,600 | 42,000 | 49,663 | 58,732 |
| | | | | | | |
| Tanks per Month | 2,100 | 3,433 | 2,766.67 | 3,500 | 4,139 | 4,894 |
| Tanks per day | 101 | 165 | 133 | 168 | 199 | 235 |
| | | | | | | |
| **Number of Logistics Moves** | | | | | | |
| Logistics Moves Flexi Fit | 870 | 1,425 | 2,295 | 5,700 | 6,759 | 8,016 |
| Logistics Moves Flexi Fit/Dray | 580 | 950 | 1,530 | 3,800 | 4,506 | 5,344 |
| Logistics Moves Flexi Full Logistics | 145 | 238 | 383 | 950 | 1,127 | 1,336 |
| | - | - | - | - | - | - |
| | | | | | | |
| **Total Logistics Moves** | 1,595 | 2,613 | 4,208 | 10,450 | 12,392 | 14,697 |

All Rights Reserved – Confidential & Proprietary



**Environmental Packaging Technologies**

The Shape of Safer Shipping

★ Request Actuals from BH — never recieved
4/2014
2009 / 2010 / 2011 / 2012 / 2013

↯

All Rights Reserved – Confidential & Proprietary

## Spider9 Cap Table Proposed after Series A Raise 3/5/2014

| | | # of Shares | Pre Money | Post Money |
|---|---|---|---|---|
| Founder Shares | | 1,500,000 | 45.8% | 37.9% |
| EDP Spider9 LLC | $3,000,000 @ $3.09/share | 970,586 | 29.6% | 24.5% |
| Convert Interest to Common | $180,000 @ $3.09/share | 58,252 | 1.8% | 1.5% |
| Convert Outstanding debt to Common | $400,000 @ $3.09/share | 258,900 | 7.9% | 6.5% |
| UofM | | 135,340 | 4.1% | 3.4% |
| Issued Options | | 352,974 | 10.8% | 8.9% |
| Fully Diluted Shares | | 3,276,052 | 100.0% | |
| Value per share | | $  3.09 | | |
| Pre Money Valuation | | 10,123,001 | | |

### Series A raise @ $3.09/share

| | | # of Shares | | Post Money |
|---|---|---|---|---|
| Bob Haveman | $250,000 | 80,906 | | 2.0% |
| Spark | $250,000 | 80,906 | | 2.0% |
| Ira | $200,000 | 64,725 | | 1.6% |
| EDP Spider9 | $400,000 | 129,450 | | 3.3% |
| Amount yet to be raised | $1,000,000 | 323,625 | | 8.2% |
| Total Raise | $2,100,000 | 679,612 | | 17.2% |
| New Projected Shares after Raise | | 3,955,664 | | 100.0% |
| Value per share | | $  3.09 | | |
| Post Money Valuation | | $  12,223,001 | | |

## *SPIDER9 INC.*
### TERM SHEET

#### March 5, 2014

### for Proposed Private Placement of Series A Convertible Preferred Stock

| | | |
|---|---|---|
| 1. | INVESTMENT | The following is a summary of the material terms on which the (*"Investor"*) proposes to invest in Spider9 Inc. (the *"Company"*). |
| 1.1 | Investment Amount | $ $2,100,000 |
| 1.2 | Purchase Price | The purchase price for each Tranche will be a $  3.09  per Share. (Approximately $  10,123,001  pre-financing valuation.) |
| 1.3 | Closing Date | As soon as practicable following the *Company's* acceptance of this Term Sheet and satisfaction of the conditions to closing. |
| 2. | TYPE OF SECURITY; RIGHTS ASSOCIATED WITH SECURITY | |
| 2.1 | Securities | Shares of Series A Preferred Stock in the *Company* (the "Series A Preferred"), which will be senior to all securities outstanding prior to closing of this investment. |
| 2.2 | Dividends | The Series A Preferred carry an annual cumulative dividend of 8% of the Purchase Price, accruing when declared, and paid in cash or as equity in kind at calendar year end.  The Series A Preferred will participate in any other dividends or distributions paid to common stock on an as-converted basis. |
| 2.3 | Conversion | Holders of Series A Preferred will have the right to convert such stock from time to time into shares of common stock.  The initial conversion rate will be 1:1, and will be adjusted for stock splits, stock dividends, recapitalizations and the anti-dilution provisions below. |
| 2.4 | Automatic Conversion | All shares of Series A Preferred will automatically convert into shares of common stock at the then-applicable conversion rate (a) at the election of the holders of a majority of the outstanding Series A Preferred, or (b) upon the *Company* obtaining an exit event of Twenty Million Dollar ($20,000,000) or more.. |
| 2.5 | Anti-Dilution | The Series A Preferred will receive weighted-average anti-dilution protection if the *Company* issues additional common equivalent shares at an effective price less than the purchase price of the Series A Preferred (as adjusted for stock splits and the like), other than Excepted Issuances (as defined below). |



## The Company

Spider9 was found in 2011 at the University of Michigan's School of Real Time Computing by a team of Fortune 500 executives that were seeking solutions to increase the performance of renewable energy through the application of intelligent system controls.

Securing a set of patented technologies from the University they proceeded to build a team of exceptionally talented and experienced individuals from the software, management controls and renewable energy industries that created, validated and applied Spider9's $OS_E$ system to the market.

Located in Northville Michigan at the Historic Water Wheel Centre, a former 1930's Henry Ford engine value plant that was originally powered by a Water Wheel. Spider9 developed and deployed its first $OS_E$ system combining a 90KW solar field with a 75Kwh Lithium battery that now, once again, provides the facility with energy independence and has become a test bed for advancing the future of the $OS_E$ technology platform.

## Technology

OSE

Spider9's OSE is a patented software, controls and data analytics system that uses advanced and predictive logic combined with a dynamically reconfigurable electrical architecture to improve the performance of renewable energy systems.

The OSE system has six key performance characteristics:



- **Control:** Spider9 manages renewable energy components as single systems providing the user with not only a singular control point but also controls architecture and operating logic that manages the flow of power from each device within the system. Adjusting voltage levels created in solar, wind and battery devices to maximize the output transferred to the next component within the system. Ensuring each component is operated at its peak efficiency point. Mitigating the effects of changing sunlight or wind conditions and maximizing the systems electrical performance.



- **Reconfiguration:** In order to manage the power characteristics of a renewable energy system Spider9's $OS_E$ reconfigures the series and parallel electrical architectural elements

# Making energy storage cost-effective with the world's most advanced battery system controllers.

Glynne Townsend, CEO



**SPIDER**
Dynamic Energy Systems

# STATUS

## The industry is **impressed** with Spider9's powerful technology and business model.



**Johnson Controls**

(Haveman & Bachman have relationship with)

"Spider9 has a very unique approach to energy management that we believe is a key differentiator in the market and the reason why we chose to work with them."

— John Schaaf: VP Stationary Energy Storage, JCI

---



**KEMA**

"Spider9's Energy Operating System is the first system solution that reduces cost through increased energy output and system reliability."

— Charlie Vartainian, Senior Principal, Advanced Energy, Kema

---

NAVIGANT

"Although a number of companies are active in this segment Spider9 is the first to provide this level of energy control to reduce inefficiencies and increase reliability."

— Anissa Dehamna, Senior Research Analyist, Navigant

21

## Leadership team with over 100 years of combined experience in battery industries.

**TEAM**

         



**Glynne Townsend, CEO**
Led revenue growth for A123 Systems.
Secured billions of dollars in grid, automotive contracts.
Led three startup companies.
23 years TRW and Lucas.



**Dave Park, COO**
Thirty years of operations experience.
Exide, Firefly, G4, and WaveCrest battery companies.
Founder of four startup companies.



**Bill Beckman, CFO**
Former VP of Finance at Johnson Controls.
Experience leading three startup companies.
CFO Prince    CFO EPT    And more . . . . .
CFO ESP    CFO Spider 9



**Joseph Perry, VP Strategic Development**
Founded, led, and successfully exited multiple software and energy companies over the past 30 years, including Blueway and Flex Energy.

3/13/1410:46 PM

**Edge Pennsylvania, LLC**
**Calendar Year 2014**

| | 1ST Qtr 2014 Projection | 2nd Qtr 2014 Projection | 3rd Qtr 2014 Projection | 4th Qtr 2014 Projection | Total 2014 Projection |
|---|---|---|---|---|---|
| **Pounds Sold** | | | | | |
| Fine Grind (80 Mesh & Above) | 2,679,252 | 3,395,000 | 3,641,000 | 3,332,000 | 13,047,252 |
| Other Crumb Rubber Sales | 3,168,205 | 5,027,000 | 3,462,000 | 3,118,000 | 14,775,205 |
| Surface Modified Rubber Sales | - | - | 3,750,000 | 3,750,000 | 7,500,000 |
| **Total Pounds Sold** | 5,847,457 | 8,422,000 | 10,853,000 | 10,200,000 | 35,322,457 |
| | | | | | |
| **Sales** | | | | | |
| Fine Grind (80 Mesh & Above) | 1,152,420.23 | 1,623,000.00 | 1,683,000.00 | 1,539,000.00 | 5,997,420.23 |
| Other Crumb Rubber Sales | 913,123.84 | 1,285,980.00 | 934,740.00 | 841,860.00 | 3,975,703.84 |
| Surface Modified Rubber Sales | - | - | 2,812,500.00 | 2,812,500.00 | 5,625,000.00 |
| Culling | 21,250.00 | 22,770.00 | 22,770.00 | 22,770.00 | 89,560.00 |
| Steel Sales | 37,079.98 | 40,444.63 | 40,444.63 | 40,444.63 | 158,413.87 |
| **Total Income** | 2,123,874.05 | 2,972,194.63 | 5,493,454.63 | 5,256,574.63 | 15,846,097.94 |
| | | | | | |
| **Cost of Sales** | | | | | |
| **Materials** | | | | | |
| Feedstock | | | | | |
| Outside Parties | 82,301.07 | 70,346.05 | 67,681.55 | 62,227.27 | 282,555.94 |
| 1711 | - | | | | - |
| Buffings | 125,819.46 | 147,415.76 | 141,832.09 | 130,402.21 | 545,469.52 |
| Change in Inventory Balance | (113,424.16) | (10,000.00) | 10,000.00 | (60,000.00) | (173,424.16) |
| Surface Modified Rubber Sales Costs | - | - | 937,500.00 | 937,500.00 | 1,875,000.00 |
| Surface Modified Rubber Sales Royalty | - | - | 187,500.00 | 187,500.00 | 375,000.00 |
| Edge Logistics | | | | | |
| Raw Materials Hauling | 108,045.16 | 98,840.25 | 92,958.75 | 87,833.25 | 387,677.41 |
| Finished Goods Hauling | 40,088.84 | 62,613.00 | 59,782.00 | 47,820.00 | 210,283.84 |
| Freight In-Outside Parties | 31,111.39 | | | | 31,111.39 |
| Perishable Supplies | 108,478.49 | 102,736.97 | 101,691.27 | 95,856.97 | 408,763.70 |
| Passenger Tire Disposal | 1,000.00 | 1,500.00 | 1,500.00 | 1,500.00 | 5,500.00 |
| Production Labor Hourly Wages | 234,701.33 | 240,026.03 | 238,500.72 | 238,026.85 | 951,254.94 |
| Maintenance Labor Hourly Wages | 88,451.85 | 88,102.00 | 86,844.04 | 86,876.80 | 350,274.69 |
| Salaried Production Wages | 27,048.00 | 28,152.00 | 27,324.00 | 27,324.00 | 109,848.00 |
| Payroll Taxes | 42,617.79 | 27,255.42 | 26,979.16 | 26,945.42 | 123,797.79 |
| Employee Insurances - Net | 43,834.98 | 46,735.35 | 46,735.35 | 46,735.35 | 184,041.01 |
| | | | | | |
| **Total Cost of Sales** | 820,074.19 | 903,722.83 | 2,026,808.94 | 1,916,548.11 | 5,667,154.07 |
| | | | | | |
| **Gross Profit** | 1,303,799.87 | 2,068,471.80 | 3,466,645.68 | 3,340,026.51 | 10,178,943.87 |
| | | | | | |
| **Selling, General and Administrative Expenses** | | | | | |
| Salaried Administrative Wages | 200,133.28 | 191,486.80 | 184,707.86 | 188,748.89 | 765,076.81 |
| Office Management | 37,811.67 | 39,500.10 | 38,377.08 | 38,413.30 | 154,102.12 |
| Quality Control | 12,200.80 | 12,321.60 | 11,959.20 | 11,959.20 | 48,440.80 |
| Customer Service | 38,334.97 | 39,947.40 | 39,212.45 | 39,185.40 | 156,680.22 |
| Traffic | | | | | |
| ISO | 12,428.40 | 12,933.60 | 12,553.20 | 12,553.20 | 50,466.40 |
| Payroll Taxes | 33,096.27 | 22,658.50 | 20,782.25 | 18,537.06 | 95,054.07 |
| Employee Insurances - Net | 22,451.19 | 22,451.19 | 22,451.19 | 22,451.19 | 88,537.68 |
| Other Employee Benefits | 2,984.65 | 2,175.28 | 2,175.28 | 2,175.28 | 9,510.49 |
| Self-Funded Insurance | 13,237.98 | 9,000.00 | 9,000.00 | 9,000.00 | 40,237.98 |
| Outside Education | 3,961.00 | 3,300.00 | 2,100.00 | 2,140.00 | 11,501.00 |
| Packaging Supplies | 250,345.68 | 238,172.78 | 247,560.66 | 240,748.37 | 976,827.47 |
| Waste Disposal | 16,721.35 | 13,550.00 | 13,320.00 | 13,458.24 | 57,049.59 |
| Outside Services | 18,894.10 | 8,850.00 | 9,300.00 | 7,881.82 | 44,925.92 |
| Equipment Rental | 63,456.98 | 66,131.61 | 66,131.61 | 66,131.61 | 261,861.81 |
| Trailer Rental | 154,544.34 | 158,993.51 | 158,993.51 | 158,993.51 | 631,524.88 |
| Repairs | 54,114.90 | 50,045.00 | 50,345.00 | 51,470.00 | 205,974.90 |
| Repairs-Minor Maintenance | 33,717.45 | 40,571.52 | 42,085.00 | 40,973.04 | 157,347.01 |
| Warehousing Expenses | 22,254.92 | 23,100.00 | 23,100.00 | 23,100.00 | 91,554.92 |
| Rent Expense - Building | 43,948.50 | 44,148.50 | 44,148.50 | 44,148.50 | 176,386.00 |
| Lab Expense | 8,117.50 | 2,745.00 | 3,775.00 | 2,794.00 | 17,431.50 |
| Safety Supplies | 1,328.00 | 1,702.00 | 1,782.00 | 1,862.00 | 6,674.00 |
| Office Supplies | 9,996.15 | 10,544.69 | 10,459.69 | 10,434.69 | 41,435.22 |
| Telephone Expense | 5,737.56 | 6,585.00 | 6,585.00 | 6,585.00 | 25,492.56 |
| Insurance - Property and Casualty | 29,119.38 | 29,997.50 | 31,497.50 | 31,497.50 | 121,811.88 |
| Insurance - Worker's Compensation | 11,238.16 | 9,449.16 | 9,449.16 | 9,449.16 | 39,585.64 |
| Water/Sewer | 30,999.21 | 15,721.13 | 11,049.00 | 11,049.00 | 68,818.34 |
| Electric Expense | 228,817.91 | 216,000.00 | 213,000.00 | 213,000.00 | 870,817.91 |
| Gas Expense | 15,999.59 | 15,000.00 | 15,000.00 | 15,000.00 | 60,999.59 |
| Plant Rolling Stock Expense | 14,696.70 | 11,955.00 | 15,155.00 | 13,355.00 | 55,161.70 |
| Permits & Licenses | 100.00 | 4,850.00 | 150.00 | 4,650.00 | 9,550.00 |
| Auto Expenses | 2,015.00 | 2,435.00 | 2,035.00 | 2,185.00 | 8,670.00 |
| Travel Expense | 1,300.00 | 3,330.00 | 3,300.00 | 3,700.00 | 11,650.00 |
| Tax Expense | 6,359.40 | 6,212.33 | 6,260.33 | 6,212.33 | 25,044.39 |
| Other Supplies & Expense | 14,864.99 | 5,964.99 | 6,368.99 | 6,074.99 | 33,273.96 |
| Management Expenses | 13,602.43 | 12,750.00 | 12,750.00 | 12,750.00 | 51,852.43 |
| Depreciation | 120,573.01 | 111,582.00 | 111,582.00 | 111,582.00 | 455,319.01 |
| Bank Fees | 3,668.00 | 2,400.00 | 2,400.00 | 2,400.00 | 10,868.00 |
| Professional Fees | 14,096.26 | 13,692.48 | 17,942.48 | 14,442.48 | 60,143.70 |
| Interest Expenses | 72,600.78 | 64,121.40 | 82,990.90 | 61,362.05 | 281,075.13 |
| Other Income | (10.24) | - | - | - | (10.24) |
| | | | | | |
| **Total SG & A Expenses** | 1,638,567.09 | 1,546,193.05 | 1,541,312.82 | 1,532,451.81 | 6,258,524.77 |
| | | | | | |
| **Net Income** | (334,767.22) | 522,278.75 | 1,925,332.87 | 1,807,574.70 | 3,920,419.10 |
| | | | | | |
| **EBITDA** | (141,593.43) | 697,982.15 | 2,099,905.77 | 1,980,518.75 | 4,636,813.24 |

*Deal with Yokahama to supply rubber pellets*

Edge Pennsylvania, LLC
Forecast

| | 1ST Qtr 2015 Projection | 2nd Qtr 2015 Projection | 3rd Qtr 2015 Projection | 4th Qtr 2015 Projection | Total 2015 Projection |
|---|---|---|---|---|---|
| **Pounds Sold** | | | | | |
| Fine Grind (80 Mesh & Above) | 3,317,000 | 3,395,000 | 3,841,000 | 3,332,000 | 13,685,000 |
| Other Crumb Rubber Sales | 3,195,000 | 4,027,000 | 3,462,000 | 3,118,000 | 13,802,000 |
| Surface Modified Rubber Sales | 3,750,000 | 3,750,000 | 3,750,000 | 3,750,000 | 15,000,000 |
| **Total Pounds Sold** | 10,262,000 | 11,172,000 | 10,853,000 | 10,200,000 | 42,487,000 |
| | | | | | |
| **Sales** | | | | | |
| Fine Grind (80 Mesh & Above) | 1,683,000.00 | 1,704,000.00 | 1,758,400.00 | 1,539,000.00 | 6,684,400.00 |
| Other Crumb Rubber Sales | 862,650.00 | 1,087,290.00 | 934,740.00 | 841,860.00 | 3,726,540.00 |
| Surface Modified Rubber Sales | 2,812,500.00 | 2,812,500.00 | 2,812,500.00 | 2,812,500.00 | 11,250,000.00 |
| Culling | 22,770.00 | 22,770.00 | 22,770.00 | 22,770.00 | 91,080.00 |
| Steel Sales | 40,444.63 | 40,444.63 | 40,444.63 | 40,444.63 | 161,778.51 |
| **Total Income** | 5,421,364.63 | 5,667,004.63 | 5,568,854.63 | 5,256,574.63 | 21,913,798.51 |
| | | | | | |
| **Cost of Sales** | | | | | |
| **Materials** | | | | | |
| **Feedstock** | | | | | |
| Outside Parties | 62,745.13 | 70,346.05 | 67,681.55 | 62,227.27 | 263,000.00 |
| 1711 | - | - | - | - | - |
| Buffings | 131,487.44 | 147,415.76 | 141,832.09 | 130,402.21 | 551,137.50 |
| Change in Inventory Balance | (65,000.00) | (10,000.00) | 10,000.00 | (60,000.00) | (125,000.00) |
| Surface Modified Rubber Sales Costs | 937,500.00 | 937,500.00 | 937,500.00 | 937,500.00 | 3,750,000.00 |
| Surface Modified Rubber Sales Royalty | 187,500.00 | 187,500.00 | 187,500.00 | 187,500.00 | 750,000.00 |
| **Edge Logistics** | | | | | - |
| Raw Materials Hauling | 93,780.00 | 98,840.25 | 92,958.75 | 87,833.25 | 373,412.25 |
| Finished Goods Hauling | 44,826.00 | 62,813.00 | 59,762.00 | 47,820.00 | 214,821.00 |
| **Freight In-Outside Parties** | | | | | - |
| Perishable Supplies | 105,526.27 | 102,736.97 | 101,691.27 | 95,656.97 | 405,611.48 |
| Passenger Tire Disposal | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 6,000.00 |
| Production Labor Hourly Wages | 229,415.25 | 240,028.03 | 238,500.72 | 238,028.85 | 945,968.85 |
| Maintenance Labor Hourly Wages | 83,304.20 | 88,102.00 | 86,844.04 | 86,876.80 | 345,127.04 |
| Salaried Production Wages | 26,496.00 | 28,152.00 | 27,324.00 | 27,324.00 | 109,296.00 |
| Payroll Taxes | 41,509.79 | 27,255.42 | 26,979.16 | 26,945.42 | 122,689.79 |
| Employee Insurances - Net | 46,735.35 | 46,735.35 | 46,735.35 | 46,735.35 | 186,941.40 |
| | | | | | |
| **Total Cost of Sales** | 1,927,125.43 | 2,028,722.83 | 2,026,808.94 | 1,916,548.11 | 7,899,205.31 |
| | | | | | |
| **Gross Profit** | 3,494,239.20 | 3,638,281.80 | 3,542,045.68 | 3,340,026.51 | 14,014,593.19 |
| | | | | | |
| **Selling, General and Administrative Expenses** | | | | | |
| **Salaried Administrative Wages** | | | | | |
| Office Management | 190,790.97 | 191,486.80 | 184,707.86 | 188,748.89 | 755,734.51 |
| Quality Control | 37,252.10 | 39,500.10 | 38,377.06 | 38,413.30 | 153,542.56 |
| Customer Service | 11,586.80 | 12,321.60 | 11,959.20 | 11,959.20 | 47,836.80 |
| Traffic | 37,878.60 | 39,947.40 | 39,212.45 | 39,185.40 | 156,023.85 |
| ISO | 12,172.80 | 12,933.60 | 12,553.20 | 12,553.20 | 94,254.36 |
| Payroll Taxes | 32,296.56 | 22,658.50 | 20,762.25 | 18,537.26 | 94,254.36 |
| Employee Insurances - Net | 22,451.19 | 22,451.19 | 22,451.19 | 22,451.19 | 89,804.76 |
| Other Employee Benefits | 2,175.28 | 2,175.28 | 2,175.28 | 2,175.28 | 8,701.13 |
| Self-Funded Insurance | 9,000.00 | 9,000.00 | 9,000.00 | 9,000.00 | 36,000.00 |
| Outside Education | 3,790.00 | 3,300.00 | 2,100.00 | 2,140.00 | 11,330.00 |
| Packaging Supplies | 235,371.62 | 238,172.76 | 247,560.68 | 240,748.37 | 961,853.40 |
| Waste Disposal | 13,320.00 | 13,550.00 | 13,320.00 | 13,458.24 | 53,648.24 |
| Outside Services | 8,610.00 | 8,850.00 | 9,300.00 | 7,681.82 | 34,841.82 |
| Equipment Rental | 66,131.61 | 66,131.61 | 66,131.61 | 66,131.61 | 264,526.44 |
| Trailer Rental | 158,993.51 | 158,993.51 | 158,993.51 | 158,993.51 | 635,974.06 |
| Repairs | 53,370.00 | 50,045.00 | 50,345.00 | 51,470.00 | 205,230.00 |
| Repairs-Minor Maintenance | 42,085.00 | 40,571.52 | 42,085.00 | 40,973.04 | 165,714.56 |
| Warehousing Expenses | 23,100.00 | 23,100.00 | 23,100.00 | 23,100.00 | 92,400.00 |
| Rent Expense - Building | 44,146.50 | 44,146.50 | 44,146.50 | 44,146.50 | 176,586.00 |
| Lab Expense | 7,335.00 | 2,745.00 | 3,775.00 | 2,794.00 | 16,649.00 |
| Safety Supplies | 2,232.00 | 1,702.00 | 1,782.00 | 1,862.00 | 7,578.00 |
| Office Supplies | 10,409.89 | 10,544.69 | 10,459.69 | 10,434.69 | 41,848.76 |
| Telephone Expense | 6,585.00 | 6,585.00 | 6,585.00 | 6,585.00 | 26,340.00 |
| Insurance - Property and Casualty | 29,732.04 | 29,997.50 | 30,997.50 | 31,497.50 | 122,224.54 |
| Insurance - Worker's Compensation | 9,449.16 | 9,449.16 | 9,449.16 | 9,449.16 | 37,796.64 |
| Water/Sewer | 29,700.50 | 15,721.13 | 11,049.00 | 11,049.00 | 67,519.63 |
| Electric Expense | 222,000.00 | 216,000.00 | 213,000.00 | 213,000.00 | 864,000.00 |
| Gas Expense | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 60,000.00 |
| Plant Rolling Stock Expense | 18,135.00 | 11,955.00 | 15,155.00 | 13,555.00 | 56,800.00 |
| Permits & Licenses | 4,650.00 | 4,650.00 | 150.00 | 4,650.00 | 14,100.00 |
| Auto Expenses | 2,035.00 | 2,435.00 | 2,035.00 | 2,185.00 | 8,690.00 |
| Travel Expense | 1,750.00 | 3,350.00 | 3,300.00 | 3,700.00 | 12,100.00 |
| Tax Expense | 6,212.33 | 6,212.33 | 6,260.33 | 6,212.33 | 24,897.32 |
| Other Supplies & Expense | 8,774.99 | 5,984.99 | 6,368.99 | 6,074.99 | 25,183.96 |
| Management Expenses | 16,300.00 | 12,750.00 | 12,750.00 | 12,750.00 | 54,550.00 |
| Depreciation | 111,582.00 | 111,582.00 | 111,582.00 | 111,582.00 | 446,328.00 |
| Bank Fees | 2,400.00 | 2,400.00 | 2,400.00 | 2,400.00 | 9,600.00 |
| Professional Fees | 14,692.48 | 13,692.48 | 17,942.48 | 14,442.48 | 60,769.92 |
| Interest Expenses | 64,257.38 | 64,121.40 | 62,990.90 | 61,362.05 | 252,731.73 |
| Other Income | - | - | - | - | - |
| | | | | | |
| **Total SG & A Expenses** | 1,583,565.11 | 1,546,193.05 | 1,541,312.82 | 1,532,451.81 | 6,203,522.78 |
| | | | | | |
| **Net Income** | 1,910,674.09 | 2,092,088.75 | 2,000,732.87 | 1,807,574.70 | 7,811,070.41 |
| | | | | | |
| **EBITDA** | 2,086,513.47 | 2,267,792.15 | 2,175,305.77 | 1,980,518.75 | 8,510,130.14 |

TRULINCS  97650004 - MATTERA, JOHN - Unit: YAZ-A-B

-----------------------------------------------------------------------------------------

FROM: Magolnick, Mike
TO: 97650004
SUBJECT: Bob - call
DATE: 05/23/2016 04:21:13 PM

Just spoke to Bob. He is all set up in corrlinks. He also has a call into EDP and will pass on the exact contact information and persons name to me once he receives confirmation that they will take my call - he is prepping it.
 also asked him to send me a copy of the package
He told me he would
He is also not sure if he is going to be much help on RVUE

TRULINCS  97650004 - MATTERA, JOHN - Unit: YAZ-A-B

------------------------------------------------------------------------------------------

FR(   . Magolnick, Mike
TO: 97650004
SUBJECT: Bob
DATE: 05/15/2016 11:36:06 PM

GRAND RAPIDS   While Robert Haveman served as a trusted financial executive for the former Holland-based auto supplier
Prince Corp.., he appears to have made poor choices when it came to his own personal finances.

In fact, many of those choices, including investments in a variety of failed companies, may have spurred him to bilk more than
$16 million from the wife of his former boss.

Today, he faces up to 30 years in prison for those alleged crimes in a case brought against him by the U.S. Department of
Justice. He is also a defendant in a lawsuit in Tennessee, where he s being sued by Fifth Third Bank for failure to pay a $1
million note taken in 2003.

Since the late 1990s, Haveman s financial misadventures have led him down some dead ends, according to an MiBiz analysis
of his personal investments. But those losses were obscured by the sheer amount of legacy money he illegally accessed from
one of the state s wealthiest families.

In an interview with MiBiz, Haveman said those dead ends proved to be his downfall.

The question is, how far do you go?" he said. "I went too far."

The former secretary/treasurer of Prince Corp., who earlier this month agreed to plead guilty to charges of wire fraud and
money laundering, dug himself a hole through failed investments in senior care, energy, medical testing and fabrics..

Th(    S. Department of Justice alleges that Haveman, 68, of West Olive, caused $16.2 million in losses from philanthropist
Elsa Prince-Broekhuizen and her living trust between 1999 and 2015. Haveman was president of Holland-based EDP
Management Co. since 1997, a family office that handled investments for the trust.

In a statement announcing his plea, the Justice Department said Haveman "allegedly caused false entries to be made in the
books and records of EDP to disguise his theft of money and made material misrepresentations to and concealed material facts
from Ms. Prince-Broekhuizen and others."

Prince-Broekhuizen is the widow of industrialist Edgar Prince, who founded Prince Corp.   which was sold in 1996, after his
death, to Johnson Controls Inc. for $1.35 billion. She s also the mother of Republican Party activist Betsy DeVos and Eric
Prince, the founder of defense contractor Blackwater USA.


HISTORY OF INVESTMENTS

While Haveman and his wife, Nancy (DeWitt) Haveman, lived a luxurious life with properties in Colorado and Michigan and
luxury cars, he incurred numerous financial setbacks over the years, records show.

His fiscally downward spiral appears to have begun with his investments in elderly care in the late 1990s just as regulators
cracked down on the industry and as Congress enacted legislation that cut federal health care reimbursement to private care
providers.

Filings with the U.S. Securities and Exchange Commission show that in 2000, the Havemans invested up to $30 million in
Alterra Healthcare Corp., a Milwaukee-based multi-state operator of elderly care facilities, at a time the stock price of the
company had sunk to $7 a share, down from its 1995 IPO price of $35.25.

Al(   . filed for bankruptcy in 2003 as its money dried up.

Also in 2003, Haveman initially invested $350,000 in a private Arizona company, Desert Health Products Inc., an international
distributor of nutritional supplements. When the company declared bankruptcy in 2006, Haveman was listed as a creditor who
was due $1 million.

TRULINCS 97650004 - MATTERA, JOHN - Unit: YAZ-A-B

--------------------------------------------------------------------------------

Hal   an also served as a director with Florida-based senior housing company  Freedom Group, which was absorbed in a 1998 merger with American Retirement Corp. By 2002, American Retirement was facing $371 million of debt as its stock price plummeted to $2.25 a share from $20 a share in 1997. It merged with Brookdale Senior Living in 2006.

n October 2013, Haveman bought a controlling interest in Petrichor Energy Inc., a Canadian company that was trading at 33 cents a share. By the end of January 2016, the company s stock price had dropped to 3 cents a share.

n all of these transactions, the source of the money is unclear.


QUICK ADMISSION

While Haveman was said to be an investment adviser, a records search shows he had no license to do so. He was an accountant licensed with the state from 1974 to 1983.

Haveman s detection began last summer, when Prince family members saw that there were money discrepancies, said John Truscott, a public relations agent representing the Prince family.  The Department of Justice was notified and the Internal Revenue Service was brought in soon after.

When [Haveman] was presented with the facts, it is my understanding there was a quick admission," Truscott said. "At that point, it was a negotiation with law enforcement "

While $16.2 million was the amount embezzled, the loss to the trust was likely more, as "there were some investments that underperformed,"  Truscott added.

The  ds allege Haveman transferred money from the trust for himself and his investments.

The U.S. Attorney s Office in Grand Rapids, which announced the charges against Haveman, declined to comment for this report.


SHARING THE WEALTH

As his losses mounted, Haveman continued to donate both his time and money to the community, carrying on the Prince family tradition of giving back.

Over the past several years, Haveman has donated to charities, churches and causes in West Michigan, according to records. Benefactors include the Family Hope Foundation and the Doran Foundation at Mercy Health Saint Mary s.

Even while he was allegedly embezzling funds from Prince-Broekhuizen s trust, Haveman was giving back to political causes that were close to home.

n 2006, Haveman gave $3,400 to the gubernatorial campaign of Prince-Broekhuizen s son-in-law, Dick DeVos..

Haveman gave $4,200 to the Ottawa County Republican Committee for use within Michigan between 2003 and 2006.

He s also spent on federal politics. Since 1997, he contributed $14,750 to Republican interests, including $6,500 to the Ottawa County Republican Committee and $3,000 to the Michigan Republican Party.

Under Haveman s agreement with the DOJ, he will be allowed to hold onto a time-share condominium in Telluride, Colo. and a ta   n Michigan Turkey Producers LLC, a turkey processing operation that was founded in part by his father-in-law.

Haveman, who is scheduled to be sentenced Aug. 9, said his sole income today is social security. When asked if he can make good on the $16.2 million debt, he acknowledged, "it will be hard."

Some of the valuations [on the debt] are of question, but I have no other assets," he said.

TRULINCS  97650004 - MATTERA, JOHN - Unit: YAZ-A-B

---

The one thing I want to do is express my deep remorse for what I ve done. The Prince family is a wonderful family and has been a generous contributor to this community."

ELSA PRINCE - BROEKHUIZEN                                    18 July, 2016
C/O
EDP MANAGEMENT COMPANY
190 S. RIVER AVE.
SUITE 300
Holland Michigan 49423-2825

Re- MY INVESTMENT IN EPT
      YOUR INVESTMENT IN ARGO/RVUE

Ms. PRINCE-BROEKHUIZEN,

    I would like to re introduce myself As I have
only met you once, in 2011 when your son Erik
came home to speak At Hope College. My name
is John Mattera and I ran a private equity
firm investing my own money. It is called Mattera
Reserve and I was introduced to Bob Haveman by
Bradford Van Siclen in 2009/2010.
    I invested in many deals of Bobs and Yours, EPT
is one in which I am attempting to collect a debt
the company owes me. I have been trying since
2012- And in 2013 I sent demands As I received
zero consideration for the 325,000 in wires directly
to EPT And Bob Havemans instructions As President
of EDP Management. He flew me in from Boca Raton
with your daughter Betsy on EDP's jet, took me
to your offices and EPT's factory, I even brought
in Roger Penske and his fund, "TRP FUND" and
his MD of the fund, Jim Hilsop to invest in EPT
too. What they had found out at the time,
after I made my investment, was that the
financials of the company were fraudulent and
Bob Haveman blamed it on Mike Sims. He has

constantly blamed it on Sims and all I wanted was for him to return my wires, he never did.

I have also invested over $4.5M into Fisker Automotive and that was a complete loss, this was per Bob Haveman too. I am getting that settled and will be home shortly as I have a motion to vacate my case. Bob said he was investing money into ARGO/RVUE for EDP and that investment went south in 2011 so I retained lawyers in NYC but when they found out about my predicament, the settled the case without Mattera Asset Management or Haveman interest. This was unlawful and I have a potential case against the firm currently, ask Bob to join me, he declines and I thought it would be best to write you to see if your Advisors/Attorney want to call me to disuss the matters at hand as it can be beneficcal for both of us.

Please contact me at 662-751-4810 to arrange a call with me thru my counselor, Mr. Moore. This is a "LEGAL CALL" so your attorney must be present and we can have a candid chat on how to proceed.

I have included a "demand letter #2" sent to Jim Schreiber, EPT's CEO/CFO and Bob was making arrangements for me to speak directly to Joel Cowells' and as with everything Bob Haveman has represented, it fell thru. Thank you for your time and hopefully I will here from you within the week as my last resort on EPT is litigation and I think if we persue the Legal Malpractice claim against the New York law firm, it will be fruitful.

Your Attorneys can also reach out to my Power of attorney, Mike Magolnick at 770 733 7939 so we can begin dialog on these matters.

I want to thank you very much for your attention to these matters, I have always enjoyed speaking with Erik and I hope he and your family are doing well in these troubled times. I just lost my mother last Wednesday and I wouldn't wish my situation on anybody. Please love on your children and tell them I said to love on you like there is no tomorrow. I know she is in a better place and I know god is taking good care of her.

thank you again,

Very truly yours,

John A. Mattera

TRULINCS  97650004 - MATTERA, JOHN - Unit: YAZ-A-B

-----------------------------------------------------------------------------------------

FROM: 97650004
TO: Haveman, Robert; Magolnick, Mike
SUBJECT: Re-EPT, EDP, ARGO INVESTMENTS
DATE: 06/27/2016 06:30:44 AM

Bob,

Dont understand why your not wanting your money that you sent for your investment in ARGO/RVUEunles of course it was not your money to begin with? We have the law firm cold on the malpractice issue and I am currently seeking law firms to represent me in the matter.

Mike told me what you said to him about EPT's new managements response to my demand for my return of my money:

You need to let EPT know that "you and Shane Sims" were put on DEMAND NOTICE in 2013 for a return of my funds and the sale of EPT was done without the disclosure of the debt as NO CONSIDERATION was ever given.

My attorneys are going to have a field day with this but I told them I will try to get it resolved without going that route so I will be contacting the new Managing Director at EDP as I know Elsa Prince was the control and this will cause her greif that she doesnt need so I wll be asking her offices for assistance in this matter as a lasy attempt to prevent it from bnlowing up

The money sent to you and EPT per your instructions to be applied to the EPT investment in which I receive ZERO consideration is 425k. Less 100k for your credit on the Sant Fe Gold deal leaves a balance that is tracable of 325k at 10% interest leaves a current balance due of roughly 540k.

Consider this a demand as you were the responsible party that took my investment and you will need to forward this to EPT's CFO Kim Schreiber  to put him on notice as I did with you and Shanbe in 2013.

A full paper trail is being sent to him,EDP Management, Inc,  Elsa Prince and the current board of EPT this week.

John Mattera

ps- I dont know why you wouldnt want to get your investment back from the GUSRAE KAPLAN malpractice case, it diesnt make any sense at all?

pss-I wish you luck on your journey.

TRULINCS  97650004 - MATTERA, JOHN - Unit: YAZ-A-B

---------------------------------------------------------------------------------------

FROM: 97650004
TO: Haveman, Robert; Magolnick, Mike
SUBJECT: STATUS
DATE: 06/18/2016 09:55:30 AM

Bob,

I am going to call Elsa Prince this week at EDP MGMT as I have the ARGO?RVUE money here via GUSRAE, KAPLAN's malpractice that you dont seem to care anything about so I wanted to give you a heads up there.

Also, my money that was sent to EPT, I will call them this week.

thanks

John

cc-Mike-text Bob to pick this up-URGENT

TRULINCS  97650004 - MATTERA, JOHN - Unit: YAZ-A-B

--------------------------------------------------------------------------------

FR... Magolnick, Mike
TO: 97650004
SUBJECT: RE: EPT/GUSRAE DOCS SENT TO MIKE etc
DATE: 06/03/2016 10:06:10 PM

He didn't send me anything
He hasn't responded to anything

JOHN MATTERA on 6/3/2016 1:07:39 PM wrote
Bob,

will try you tonight to discuss certain things and I need the contact at EPT today as I want this settled immediately and do not simply want to send the wire transfers etc without your personal introduction.

assume you sent Mike the GUSRAE copies and he received them, he has been in NYC all week and I will be speaking to him tonight. Please confirm they were sent.

have a hearing in NY on the 9th so wish me luck and I will call you this tonight.

John

TRULINCS 97650004 - MATTERA, JOHN - Unit: YAZ-A-B

-----------------------------------------------------------------------------------------

FR⎡ .. Magolnick, Mike
TO: 97650004
SUBJECT: RE: EPT
DATE: 06/02/2016 05:06:17 PM

have called him and texted him with no responses. I just texted him again right now

OHN MATTERA on 6/2/2016 2:37:22 PM wrote
Can you get our contact at EPT from Bob Haveman please.

hanks

TRULINCS  97650004 - MATTERA, JOHN - Unit: YAZ-A-B

*Mike Sims*
*Shane Sims*
*Jim Schreiber*

---

FROM: Magolnick, Mike
TO: 97650004
SUBJECT: RE: Robert Haveman and EPT/Elsa Prince
DATE: 05/17/2016 10:06:11 PM

I'll call Bob tomorrow and walk him through how to access Corrlinks.

EPT PAC
6100 West by Northwest Suite 110 — *Joel Cowells*
Houston, TX 77040                 — *David*
1.713.961.2795                        *Spurluch*
Jim Schreiber - CEO/CFO

EDP Management
190 S River Ave Ste 300
Holland, Michigan 49423-2825
(616) 494-8100

*RobertHaveman @*
*ATT. net*

Banking info:
CREDENTL LLC
Chase Bank
Account: 683700533
Routing: 111000614

███████████████████████████████

JOHN MATTERA on 5/17/2016 8:19:18 PM wrote
Mike,

Please call Bob and show him how to access corrlinks as I need to start daily communicationg(tell him to check daily or get the mobile notification for him please). This is important as I have much with him and need to get the house straight.

I pulled my EPT wires and I need you to get me the housten CEO name and the emails if possible and address to send the demandtoo.

Also, EDP Management, Inc., in Holland Michigan and Elsa Prince's direct line as she will need to write the check or at least order it.

We will need to coordinate this without Bob so dont bother mentioning it, I will when the time is right this week.

Lets go get this.

███████████████████████████████████████
█████████████████████████████
█████████████████████████████████

John

TRULINCS  97650004 - MATTERA, JOHN - Unit: PEN-C-A

-----------------------------------------------------------------------------------------

FROM: 97650004
TO: Haveman, Robert; Magolnick, Mike; Maniar, Raju
SUBJECT: get a copy to me ASAP
DATE: 01/17/2014 03:14:04 PM

Bob,

Need this YESTERDAY!

Investors filed in US District court in Fort lauderdale suit against RVUE and ARGO, Jason Katz and the board for illegal transfer of assets from ARGO to RVUE. We put money into ARGO and RVUE so we need to move on this immediately.

I need the entire docket and all motions to date asap.

fed ex them to me at:

John Mattera
reg#97650-004
FPC PENSACOLA
110RABY AVENUE
PENSACOLA, FLA  32516

ATT-LEGAL ENCLOSED-OPEN ONLY IN PRESENCE OF RECIPIENT

John

cc-
Mike Magolnick
Raju maniar

TRULINCS  97650004 - MATTERA, JOHN - Unit: YAZ-A-B

-----------------------------------------------------------------------------------------------

FRL  .. Haveman, Robert
TO: 97650004
SUBJECT: Documents
DATE: 05/24/2016 11:36:14 AM

John

Mike asked that I send him a copy of the documents you mailed to me. I am assuming this is okay. I will mail to him tomorrow.

Bob

Mr. Jim Schreiber CEO                          6-20-2016
Environmental Packaging Technologies, Inc
6100 West by Northwest
Suite 100
Houston Tx   77040

Re: IMMEDIATE repayment of money sent to EPT directly
    and sent to EPT indirectly per Robert Haveman's
    email instructions.

Dear Mr.

    I have enclosed wires to you for the immediate
repayment of funds that were transferred to EPT
directly (evidenced by 10-21-2010 wire) from my company
Rhino Island Capital Inc And an additional wire sent
per EPT's board member Robert Havemans email
instructions to me on 9-30-2010 whereas he
states

         " Use my account for the H&M deal ; the EPT for
           $375,000 "
         " I do need the $375,000 right Away "
- The first wire was for $150,000 to EPT directly.
- The second wire was for $175,000 to Robert Haveman directly.
- The two wire transfers indicating and evidencing the
  transfers Are enclose.
- The third wire (AWAiting bank transfers from Hattera Asset
  Management, Inc) was direct to Robert Haveman for $100,000
  giving a grand total sent to be used for EPT $425,000

    Calculating a 10% per annum interest on the money
sent that is "evidenced in this letter" or $325,000 leaves
EPT with a $575,757.33 balance due me back.

                        ( 1 )

Mr. Michael Magolnick, my POA located in Dallas, Texas will be contacting you directly to work out the details of EPT's immediate repayment.

Out of respect for Mr. Haveman, I am personally sending you this notice in advance of turning it over to our attorneys for litigation. If I file this in Florida, we will be entitled to treble damages as there is clearly fraud involved as we never received any consideration whatsoever, even after our demand was mailed/emailed (copy enclosed) to Mr. Shane Sims in 2013.

I would like to discuss with you directly, should you desire, a settlement and perhaps I can suggest a phone call from me to you as I have always believed in EPT and in 2011, I was the man responsible for bringing a legitimate buyer/partner to the table in Roger Penske. Of course Robert Haveman and Mike Sim's representations to me which I depended on for my investment/loan was shot to hell by TRP Funds investigation in which they discovered that their (Robert & Mike jointly) financials were off by almost $ 70,000,000. This of course shot the deal down and my initial wires (3 of them) were already sent.

I currently am available so please call Mike Magolnick at (441) 733-7939 and give him a time I can speak to you and your email address so we can communicate and get this settled by month ending June 2016. (770) 733-7939 Mike Magolnick.

(2)

I Am looking forward to speaking with you
and to possibly assist in the building of EPT
globally since I have been involved since the
relocation to Holland Michigan and Houston Texas

Very truly yours,

JOHN A. MATTERA

CC - Scott Lieberman Esq
Mike Magolnick - Power of Attorney for John Mattera
Power of Attorney for Ann Mattera

Joel Cowell
David Spurlock
Elsa Prince Broekhuizen

Ann A. Mattera
executed by John Mattera as
POA for Ann Mattera

(3)

ELSA PRINCE - BROEKHUIZEN
c/o
EDP MANAGEMENT COMPANY
190 S. River Ave.
Suite 300
Holland, Michigan 49423-2825

18 July, 2016

Re - MY INVESTMENT IN EPT
     YOUR INVESTMENT IN ARGO/RUVE

Ms. PRINCE - BROEKHUIZEN,

I would like to re-introduce myself as I have only met you once, in 2011 when your son, Erik, came home to speak at Hope College. My name is John Mattera and I run a private equity firm investing my own money. It is called Mattera Reserve and I was introduced to Bob Haveman by Bradford Van Siclen in 2009/2010.

I invested in many deals of Bobs and Yours, EPT. I invested in... which I am attempting to collect as/debt. This one... the company over me. I have been trying since 2012 - and in 2013 I sent demands as I received zero consideration for the $325,000 in wires directly to EPT and Bob Havemans instruction, as promised. Of EDP Management. He flew me in from Boca Raton with your daughter, Betsy, on EPT jet, I took me to your offices and met EPT, factory, I even bought in Roger Penske and his fund, "TBP FUND" and his MD of the fund, Jim Hislop, to invest in EPT too. What they had found out at the time after I made my investment, was that the financials of the company were fraudulent and Bob Haveman blamed it on Mike Sims. He, Mike

constantly blamed it on Sims and all I wanted was for him to return my wires, he never did.

I have also invested over $4.5M into Essex Automotive, and that was a complete loss; this was per Bob Haveman too. I am getting that settled and will be home shortly as I have a motion to vacate my case for EDF and that investment went south in 2011, so I retained lawyers in NYC but when they found out about my predicament, the settled the case without Mattera Asset Management or Havemans interest.

This was unlawful and I have a potential case against the firm currently, also Bob to join when he declined and I thought it would be best I write you to see if your advisors/attorneys wants to call me to discuss the matters at hand as it will be beneficial for both of us.

Please contact me at 602-751-481C to arrange a call with me. Now my counselor, Mr. Magee, in is a "Legitic case" so your attorneys must be present and we can have a chat on how to proceed.

I have included a demand letter # 2 I sent to Jim Schreiber, EPT's CEO/CFO and Bob was included in this demand letter. I also sent the arrangements for me, to speak directly to Joel Connell, and w/ everything Bob Haveman represented it fell thru. Thank you for your time and hopefully I will hear from you within the week as my last resort on EPT is litigation and I think if we pursue the legal malpractice claim against the New York law firm, it will be fr...

TRULINCS 97650004 - MATTERA, JOHN - Unit: YAZ-A-B

FROM: 97650004
TO: Haveman, Robert; Magolnick, Mike
SUBJECT: Re:EPT, EDP, ARGO INVESTMENTS
DATE: 06/27/2016 06:30:44 AM

Bob,

Dont understand why your not wanting your money that you sent for your investment in ARGO/RV/UE units of course will lose your money to begin with? We have the law firm cold on the malpractice issue and I am currently seeking law firms to represent me in this matter.

Mike told me what you said to him about EPT's new managements response to my demand for my return of my money.

You need to let EPT know that "you and Shane Sims" were put on DEMAND NOTICE in 2013 for a return of my funds and sale of EPT was done without the disclosure of the debt as NO CONSIDERATION was ever given

My attorneys are going to have a field day with this but I told them I will try to get it resolved without going that route so I will be contacting the new Managing Director at EDP as I know Elsa Prince was the control and this will cause for grief that she doesnt need so I will be asking her offices for assistance in this matter as a last attempt to prevent it from endowing up

The money sent to you and EPT per your instructions to be applied to the EPT investment in which I receive ZERO consideration is 425k. Less 100k for your credit on the Sant Fe Gold deal leaves a balance that is (arcable of 325k at 10% interest leaves a current balance due of roughly 540k.

Consider this a demand as you were the responsible party that took my investment and you will need to forward this on EPT CEO/CFO Kim Schreiber Jo part my on notice as I did with you and Shanoe in 2013.

A full paper trail is being sent to him EDP Management, Inc., Elsa Prince and the current board of EPT this week.

John Mattera

ps- I don't know why you wouldn't want to get your investment back from the GUSRAE KAPLAN malpractice case. It doesnt make any sense at all?

pss- wish you luck on your journey

---

Your attorney's can also reach out to my Power of attorney, Mike Magolnick at 770 733 7739 so we can begin dialog on these matters.

I want to thank you very much for your attention to these matters. I have always enjoyed speaking with Erik and I hope he and your family are doing well in these troubled times. I just lost my mother last Wednesday and I now just wish my situation on anybody. Please leave on your children and tell them I said to love on you like there is no tomorrow. I know she is in a better place and I know god is taking good care of her.

thank you again,

Very truly yours,

John A. Mattera

Mr. Tim Schreiber CEO
Environmental Packaging Technologies, Inc
6100 West by Northwest
Suite 100
Houston, Tx 77040

Re: IMMEDIATE repayment of money sent to EPT directly
and send to EPT instructed by Robert Haveman's
email instructions:

Dear Mr.

I have enclosed wires to you for the immediate
repayment of funds that were transferred to EPT
directly (evidenced by 10-21-2010 wire) from my company
Rhine Island Capital Inc and an additional wire sent
per EPT's board member Robert Haveman's email
instructions to me on 9-30-2010 whereas he
states:

" Use my account for the H&N deal & the EPT for
$315,000 "

" I do need the $315,000 right away "

The first wire was for $150,000 to EPT directly.
The second wire was for $115,000 to Robert Haveman directly
The two wires transfers indicating and evidencing the
transfers are enclose.
The third wire (Austrums bank transfer from Hunter's Asset
Management Inc) was direct to Robert Haveman for $200,000
giving a grand total sent to be used for EPT $425,000

Calculating a 10% per annum interest on the money
sent that is evidenced in this letter or $325,000 (saves
EPT with a $575,757.83 balance due me back.

(1)

---

6-20-2016

Mr. Michael Mcgolnick, my POA located in Dallas,
Texas will be contacting you directly to work out
the details of EPT's immediate repayment.

Out of respect for Mr. Haveman, I am personally
sending you this notice in advance of turning this
over to our attorneys for litigation. If I file
this in Florida we will be entitled to treble damages
as there is clearly fraud involved as we never received
any consideration whatsoever, even after our demand
was mailed/emailed (copy enclosed) to Mr. Shane ___
in 2013.

I would like to discuss with you directly, should
you desire a settlement and perhaps I can
suggest a phone call from me to you as I have
already believed in EPT and in 2011, I was the
man responsible for bringing a legitimate buyer/
partner to the table in Roger Penske. Of course
Robert Haveman and Mike Sini's representations to
which I depended on for my investment/loan as it
shot to hell by TRR funds investigation in which
they discovered that then (Robert; Mike jointly)
financials were off by almost $70,000,000. This
course shot the deal down and my initial wires
(3 of them) were already sent.

I currently am available so please call Mike
Mcgolnick at (972) 733-7999 and give him a try.
I can speak to you and your email address's so
we can communicate and get this settled by year
ending June 2016. (770) 733-7939 Mike Mcgolnick.

(2)

TRULINCS 97650004 - MATTERA, JOHN ANDREW - Unit: BRO-G-B

---

FROM: 97650004
TO: Gardner, Ian; Roberson, W
SUBJECT: URGENT EMAIL #2
DATE: 05/15/2013 08:06:34 PM

<WANDA...COPY AND PASTE THIS LETTER BELOW TO THE ferrerjam@bellsouth.net email account on the smak computer
and email it to:

To: shane@epicpac.com

cc:ian@ianworksusa.com

Mr.Shane Sims
EPT
US Headquarters
6100 West by Northwest
Suite 100
Houston, Texas 77040 USA

Re:24 Hour Demand for Money wired over two years ago.

Mr. Sims,

In November of 2010 I sent at the instructions of Mike Sims and Robert Haveman US$150 000 (Invest in Corporate EPT Rollover
accounts and US$275,000 to Robert Haveman for investment in EPT. It was sent from Rhino Island Capital LLC off-shore bank
accounts and Mattera and Mattera Asset Management, Inc. and confirmed verbally, text and email by Mike Sims and Robert
Haveman.

To date I have received no documentation that indicates my investment, no investment memorandum from the company, or
Robert Haveman that was signed by me and countersigned by EPT  absolutely nothing!

Combining this with the fact that I have had serious concerns about the financials that were presented to me originally to make
the investment as they were later that year found to be terribly inaccurate and the US$100,000,000 in business did not amount
to US$30,000,000. Since then I think there has been no less than four downward income revisions.

Also, I was the man who brought Roger Ponske and his FUND, Transportation Resource Partners (TRP FUND)to Roger
Haveman and Mike Sims to potentially invest in EPT in late 2010 and early 2011. When they investigated the companies
business, they had to back away due to the terrible accounting errors and income overstatements.

In saying this I hereby demand the immediate return of wired funds (US$150,000)to my attorneys trust account (below) no later
than day and Friday 17 May 2013. I am not interested in the investment any longer.

If I do not receive confirmation of refund from my attorney, I will have no other choice than to file a complaint with the USAO in
New York. I am meeting with them to go over the FISKER/Advanced Equities Scheme in
I have meeting with them this Monday in NYC. I am meeting with them to go over the FISKER/Advanced Equities Scheme in
which I lost almost US$4,500,000. It seems that the USAO has quite the interest in these companies that stretch the truth.

Lawworks Inc
301 Yamato Road
Boca Raton, Florida 33431  USA

FIRST SOUTHERN BANK
3050 North Federal Hwy
lighthouse Point, Florida  33064  USA
AB A# 067 012 895
Account# 1510003039

Ref:Return of proceeds; JMATTERA/Rhino Island/Mattera Asset

---

I am looking forward to speaking with you
and to possibly assist in the building of an E.P.T
globally since I have been involved since the
relocation to Holland Michigan and Houston Texas.

Respectfully yours,

John A. Mattera

cc - Scott Lieberman for
Mike Magolnik- Power of Attorney for John Mattera
Power of Attorney for Ann Mattera

John A. Mattera

Executed by John Mattera
POA for Ann Mattera

Joel Cowell
David Sherlock
Elsa Prince Broekhuizen

(3)

TRULINCS 97650004 - MATTERA, JOHN ANDREW - Unit: BRO-G-B

---

FROM: 97650004
TO: Gardner, Ian; Haveman, Robert
SUBJECT: EPT TERMINATION NOTICE
DATE: 05/15/2013 08:29:02 PM

Bob,

I sent US$425,000 in 2010 at your email instructions to purchase EPT shares. The instruction from you were for me to send money to the following accounts in the following amounts.

1- US$160,000 went direct to EPT corp acct
2- US$275,000 went to you personally

I sent the wires and both you and Mike Sims confirmed receipt. Initially you didn't even know I made the investment

To date not one share has been received (30 months)by mo. nor any formal investment documents from either EPT or yourselt Nothing has been signed by either party.

CONSIDER THIS NOTICE OF TERMINATION OF THE INVESTMENT AND 24 HOUR DEMAND OF RETURN OF FUNDS WIRED FOR EPT INVESTMENT.

Wire Instructions:

Lawworks Inc
301 yamato Road
Boca Raton, Florida 33431

FIRST SOUTHERN BANK
3050 NORTH FEDERAL HWY
LIGHTHOUSE POINT FLORIDA 33064    USA

ABA# 067 012 895
Account# 1510003039

Ref: JMATTERA RHINO ISLAND MATTERA ASSET MANAGEMENT HAVEMEN RETURN OF FUNDS

Financial Summary:
US$150,000 REFUNDED TO MY LAWYERS TRUST ACCOUNT FROM EPT (Demand letter sent to Shane Sims 5-15-2013)
US$137,500 REFUNDED TO MY LAWYERS TRUST FROM YOU (Demand letter sent to you 5-15-2013)
*(US$276,000 - 100,000 (SANTA FE REIMBURSEMENT TO HAVEMAN) - 37,500 (ADVANCES FROM HAVEMAN
2012/2013) = US$137,500 RETURN)
TOTAL RETURN BETWEEN EPT CORP AND R HAVEMAN: US$287,500.00 DAY END 5-17-2013.

This clears up any discrepency of lack of delivery of shares from both you to me[EPT] and me to you[STGD] and total mone due each other.

FISKER has left me with a loss of US$4.5mil and I am pursuing all remedies against FISKER and related entities. As discussed the lawsuit will be filed in federal Court this Friday by my attorneys.

The attorneys representing me in that case(s) are the same that reviewed all of my EPT docs, emails, attachments and ar expecting EPT's reimbursement this week.

It seems the same situation that AEI paid US1mil (for mis stating the facts of BLOOM ENERGY )to the SEC applies to EP Mike Sims, EPT's supplied me and others with five sets of downward revised financial statements since 2010, 2011 / 2012 the were provided to me by you and given to you by EPT's President at the time, Mike Sims

I am in sitting here for the same mistake....they call that Conspiracy or the mis statement by one even though the received information from another causing or effecuating a loss.

---

TRULINCS  9765000(  ...TTERA, JOHN ANDREW - Unit: BRO-G-B

govern yourself accordingly.

John Mattera

CC: Ian Gardner.

TRULINCS 9765000     TTERA, JOHN ANDREW - Unit: BRO-G-B

---

Documenation of EPT's blatant mis statements were even sent to Transportation Resource Partners (TRP FUND), a Fund owned by Roger Penske that I introduce (to you and mike Sims in December 2010 to possibly co invest. TRP spent time and energy only to find that the financials we're so mis state(after my investment of October and November 2010) that the US$100,000,000 sales company was not even selling US$30,000,000.

Make sure there are no delays as I will have no other choice than to turn this over to the attorneys who are working directly with the government on the other issues. I will be meeting with them on Monday to go over the FISKER scheme and to formally sign off on the complaints against FISKER and related entities.

After receipt, we are square with these Transactions and will be starting on the ARGO RVUE/Richard Sullivan, Jason Kaitz litigaion and filing both civil and possible  criminal complains to protect our interests.

Moving things right along and thank you for paying attention as I am turning this around.

thank you for all that you have done but its time for both of us to square up loose ends.

John

ps-Dont worry about the LOTUS INVIOICe as its being dealt with and thank you for reviewing.

## BB&T Wire Transfer Services Request

Date: 10/21/10

Branch: 8540403 Caller's Name:GEORGINA BARGERSTOC          Transfer #:101021-008:

Reporting Branch: 8540403          Phone #:561-368-0072 International Transfer:N

Customer Type:C          Branch Location:506          Transfer Amount:          150000.00

Application: DDA          Debit Account #:0000148277400          GLA Ticket #:

Repetitive #:

---------------------------------------------------------------------

Originator Name: RHINO ISLAND CAPITAL INC

Address:          2234 N FEDERAL HWY STE 351

          BOCA RATON          FL 33431-7706


**************************************************************************
          Receiving Bank: THE HUNTINGTON NATIONAL BANK          ABA/Routing:044000024
          Bank City/State:COLUMBUS, OH

Further Credit Bank:

Beneficiary Account:03158620973          Beneficiary Account Type:

Beneficiary Name:   ENVIRONMENTAL PACKAGING TECHNOLOGIE

Address:          6100 WEST BY NORTHWEST STE 100

          HOUSTON TX 77040


          ---------------------------------------------------------

Originator Reference:

Originator to Beneficiary Information :
          FROM RHINO ISLAND CAPITAL INC ATTEN: ROBERT HAVERMAN


Bank to Bank Information:
          BUSINESS CONFIRMATION PAYMENT

## BB&T Wire Transfer Services Request          Date: 11/01/10

ranch: 8540403  Caller's Name:MARION F STEINER          Transfer #:101101-0053&

orting Branch: 8540403      Phone #:561-368-0072  International Transfer:N

ustomer Type:C      Branch Location:506          Transfer Amount:      175000.00

pplication: DDA    Debit Account #:0000148277400    GLA Ticket #:

          Repetitive #:
          ---------------------------------------------------------

riginator Name: RHINO ISLAND CAPITAL INC

ddress:      2234 N FEDERAL HWY STE 351

      BOCA RATON      FL 33431-7706


      ***************************************************************

      *************************************************          ABA/Routing:044000024

eceiving Bank: THE HUNTINGTON NATIONAL BANK
ank City/State:COLUMBUS, OH

urther Credit Bank:

          Beneficiary Account Type:

eneficiary Account:03158620973

eficiary Name:  ROBERT HAVEMAN

          2890 NE 28TH ST

ddress:

      FT LAUDERDALE   FL 33306


          ---------------------------------------------------------

Originator Reference:

Originator to Beneficiary Information :
          PAID IN FULL $750,000 FISKER WARRANTS AND ADDITIONAL FOR H&M CHAMBERS
          ENERGY LLC

Bank to Bank Information:


BETH HASTRO
9548683876

From: "Bob Haveman" <bobh@edpmgmt.com>
FW: Wire Instructions
Date: September 30, 2010 9:49:01 AM EDT
"John Mattera" <jm@thepraetorianfund.com>
1 Attachment, 7.1 KB

*2890 NE 28th ST.   FLLL 33306* (handwritten)

John
Use my account for the H&M deal and the EPT for the 375.
I do need the 375 right away.
Thanks
Bob

**From:** Nicholas.Schlick@huntington.com [mailto:Nicholas.Schlick@huntington.com]
**Sent:** Thursday, September 30, 2010 9:38 AM
**To:** BOBH@edpmgmt.com
**Subject:** Wire instructions

Bob,

Here are the wire instructions you asked for.

*WIRE   175,000* (handwritten)

Bob's Accout:

Financial Institution:  Huntington National Bank
                170 College Ave Suite 150
                Holland, MI  49423
SWIFT:  HUNTUS33
Routing #:  044000024
Beneficiary:  Robert Haveman
Beneficiary Acct #:  03158620973

EPT's Account:

Financial Institution:  Huntington National Bank
                170 College Ave Suite 150
                Holland, MI  49423
SWIFT:  HUNTUS33
Routing #:  044000024
Beneficiary:  Environmental Packaging Technologies
Beneficiary Acct #:  01153096180

Account Relationship Assoc | Private Financial Group | Phone 616.355.8501 | huntington.com

This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

- - - Huntington CAN-SPAM Opt-Out Auto-Disclosure - - -
If you prefer not to receive future e-mail offers for products or services from Huntington click or visit https://www.huntington.com/unsubscribe

Exhibit P

TRULINCS 97650004 - MATTERA, JOHN - Unit: YAZ-A-B

--------------------------------------------------------------------------------

FROM: Cruz De Betters, Elvia G
TO: 97650004
SUBJECT: RE: search EPT
DATE: 12/28/2016 02:51:15 PM

Robert Haveman sentenced
Robert Haveman Sentenced To 42 Months In Prison For Stealing From The Elsa D. Prince Living Trust

Haveman Ordered to Pay $11,082,666.00 in Restitution

   GRAND RAPIDS, MICHIGAN   Robert Allen Haveman, 68, of Ottawa County, Michigan, was sentenced to 42 months in federal prison after pleading guilty to wire fraud and money laundering in connection with his theft of more than $16 million from the Elsa D. Prince Living Trust ("Prince Trust"). Additionally, Haveman was ordered to repay more than $11 million to the Prince Trust after having already repaid more than $5 million to the Trust before the sentencing hearing. After his release from prison, Haveman will spend three years on supervised release. U.S. District Judge Robert Holmes Bell imposed the sentence today.

   Earlier this year, Haveman admitted engaging in a scheme to defraud the Elsa D. Prince Living Trust between 1999 and 2015 and engaging in money laundering using some of the fraudulent proceeds. Haveman previously entered guilty pleas to two felony charges alleging that, while employed by EDP Management Company ("EDP") in Holland, Michigan, he devised a scheme to defraud to obtain money belonging to Elsa D. Prince-Broekhuizen and Prince Trust. As part of his fraud scheme, Haveman, who primarily managed private equity investments for EDP, transferred money belonging to Ms. Prince-Broekhuizen and the Prince Trust to his personal bank account and other bank accounts for his personal use and undisclosed investment activities. Haveman caused false entries to be made in the books and records of EDP to disguise his theft of money, and made material misrepresentations to and concealed material facts from Ms. Prince-Broekhuizen and others. Haveman admitted to money laundering in connection with his purchase of vacant land with Lake Michigan frontage in Ottawa County using Prince Trust funds.

   The United States secured the repayment of approximately $5 million to the Prince Trust prior to sentencing, which included but was not limited to, the liquidation of Haveman s entire retirement account and the transfer of the vacant lakefront property to the Prince Trust. Additionally, the United States obtained a forfeiture money judgment in the amount of $11,082,666.00 to ensure that, should Haveman ever gain legal title to any money or property in the future, the government will immediately seize those funds.

   Internal Revenue Service Criminal Investigation investigated the matter and Assistant U.S. Attorney Christopher O Connor prosecuted the case.

--------------------------------------------------------------

Elsa Prince Robert Haveman
'My greed:' Investor for Elsa Prince Trust sentenced in $16M theft
GRAND RAPIDS, MI - In letter after letter, Robert Haveman, former investor for philanthropist Elsa Prince Broekhuizen and her living trust, was described as a conscientious, trusted and honest man.

He was the one Prince Broekhuizen could trust with her fortune.

On Tuesday, Oct. 4, he struggled to explain how he found himself standing before a judge, waiting to be sentenced for stealing $16 million from Prince Broekhuizen, a close family friend.

U.S. District Judge Robert Holmes Bell, who read 46 pages of letters submitted to the court on Haveman's behalf, understood why Haveman was in such a "very privileged position," he said.

"I can see exactly why you were given so much confidence because you had established ... a high degree of conscientiousness, attitude. You were a man of your word," Bell said.

Then, he said: "I'm puzzled. I am puzzled as to what happened. Where did you come off the rails?"

"Your honor, I've asked that question myself, of myself, many times."

Bell wasn't satisfied with the answer. He told Haveman, 68, that they were of the same generation.

TRULINCS 97650004 - MATTERA, JOHN - Unit: YAZ-A-B

--------------------------------------------------------------------------------

"Something happened," Bell said.

"My greed.. I don't know, your honor, I don't know."
Haveman, of West Olive, was sentenced to 31/2 years in federal prison, to be followed by three years on supervised release.

The judge granted a request by defense attorney Charles "Chip" Chamberlain Jr. to sentence Haveman below advisory guidelines, which called for nearly six years in prison.

Bell said he gave considerable thought to the case.

He considered "the life you had lived" before he began his "aberrant behavior" 16 years ago. He also considered that Haveman cooperated with investigators, has paid $5 million in restitution and appears to be very remorseful.

Haveman pleaded guilty to wire fraud and money laundering.

Haveman has admitted that he cost the trust at least $50 million, making risky investments to recover lost funds. The vast majority of those funds would have been donated to charity.
"It's clear this was a breach of confidence and unlawful appropriation of monies," Bell said.

"It's just that this was done within a social context, of a close friendship. This was not an arms-length legal fraud. This was fraud up close. So that's troubling."

The judge said Haveman showed a "lack of respect for order and law. The public needs to understand, in a sentencing context, this is not something that is excused. I can't excuse it."

Haveman will self-surrender to prison at the direction of the U.S. Bureau of Prisons..

Prince Broekhuizen is the widow of Prince Corp. founder Edgar Prince. The late industrialist's Holland-based company was later sold to Johnson Controls Inc.

Prince Brookhuizen is also the mother of Blackwater founder and U.S. Navy Seal Erik Prince, and Republican Party activist Betsy DeVos, who is married to Amway heir Dick DeVos.

Assistant U.S. Attorney Christopher O'Connor said Haveman, with a house on Lake Michigan, could have lived a millionaire's lifestyle without the stolen money.

Haveman invested assets of Prince Broekhuizen and the Elsa D. Prince Living Trust. He was president of EDP Management in downtown Holland.

He owes $11 million in restitution.

$50M loss for philanthropist mother of Erik Prince, Betsy DeVos, swindler says
Robert Haveman was entrusted with investing Elsa Prince Broekhuizen's money but took $16 million for himself and caused at least $50 million in total losses with bad investments.

'Stunning breach of trust:' Theft of $16M from Elsa Prince Trust shocks defendant's family, friends
In all, Robert Haveman cost Elsa Prince Broekhuizen and her trust at least $50 million, he admits.

--------------------------------------------------------

Elsa Prince Environmental packaging Technologies housten Texas
Michigan heiress swindled out of $16M by president of investment company who had been stealing from her trust fund for more than 16 years

The president of an investment company is being charged with swindling a Michigan heiress out of more than $16 million.
Elsa Prince-Broekhuizen, 83, the widow of billionaire industrialist Edgar D Prince, who died in 1995, and mother of former Michigan GOP chair, Betsy DeVos, was swindled over the span of 16 years, according to WZZM.
Financial advisor, Robert Haveman, 68, is charged with wire fraud and money laundering and has agreed to plead guilty to

TRULINCS 97650004 - MATTERA, JOHN - Unit: YAZ-A-B

--------------------------------------------------------------------------------

stealing the money, according to a statement from the U.S. Department of Justice.
Under his plea agreement, he waived his right to indictment by a grand jury.
The document states that Haveman stole $16.2 million through wire fraud from Prince-Broekhuizen and the Elsa S. Prince
Living Trust between 1999 and 2015.
Under the plea agreement with federal prosecutors, Haveman will plead guilty as charged and pay restitution. He's already paid
back $2.6 million to the Elsa S. Prince Living Trust.
Haveman is president of EDP Management Co LLC in Holland, a company he started in 1997. The company managed
investments for Prince-Broekhuizen and the Elsa D. Prince Living trust.

 The DOJ alleges that Haveman transferred $1 million out of the living trust and into a separate bank account in the name of
Environmental Packaging Tech Inc., which is based in Houston, according to the Holland Sentinel.
Investigators say he then transferred the $1 million from that account into his personal account, to use as a partial down
payment on land in Ottawa County s Port Sheldon Township.
So far, he's agreed to transfer ownership of the lakefront lot, valued at $1.6 million, to the trust fund.
Haveman also has to sell a 2005 Chevy Corvette 30 days before sentencing and a 2008 Lexus. The proceeds will be used for
restitution, according to WZZM.
His retirement trust and a 401k account are also fair game
The government will let Haveman keep a time-share condominium in Colorado and his stake in a turkey processing operation.
Sentencing guidelines call for a prison term between 70 and 87 months, the plea agreement states.
More than $500,000 was also transferred from a private energy company in Billings, Montana, into Haveman s personal
account at Huntington National Bank, court records show.
Prince-Broekhuizen and Edgar D Prince had four children, including Betsy DeVos and former Blackwater CEO Erik Prince.
Elsa Prince remarried in 2000.


JOHN MATTERA on 12/20/2016 4:36:16 PM wrote
Google search the following articles:

IF YOU DONT GET A HIT WORK THE WORDS IN THE SEARCH PLEASE

"Robert Haveman sentenced"

"Elsa Prince Robert Haveman"

"Elsa Prince Environmental packaging Technologies housten Texas"

William Beckman Holland Michigan CFO EDP Management Co Trust"

"Federal Civil Lawsuit over US$250,000 controversy filing fees and procedure 2016"

"Joel Cowells David Spurlock Environmental Packaging Technologies Housten Texas"

"Mike Sims Environmental Packaging Technologies Housten Texas"

"Shane Sims Environmental Packaging Technologies Housten Texas"

"Environmental Packaging Technologies sold"

NOTE:anything you can find send to mke as am filing the lawsuit this next week

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JOHN A. MATTERA, et al.,

      Plaintiffs,          CASE NO.

vs.


      Defendants.
_____/

SUMMONS

THE UNITED STATES OF AMERICA:

To Each Sheriff of the United States of America:

    YOU ARE COMMANDED to serve this summons and a copy of the complaint to the lawsuit on Defendant:



                        CLERK OF THE UNITED STATES
                        STATES DISTRICT COURT

                        (SEAL)


                        As Clerk of the Court


                        By:_____
                           As Deputy Clerk

Dated on_____

IMPORTANT

    A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of the court.  A phone call will not protect you.  You written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning, from the court.  There are other legal requirements.  You may want

- 1 -

to call an attorney right away.

If you chose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considera su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pidiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puedo usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea respondera la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, debera usted enviar por correo o entregaruna copia de su respuesta a la persona denominado abajo como "Plaintiff/Plaintiff's Attorney" (demandante a Abogado del Demandante).

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona demandada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de lassignation de cette citation pour deposer une reponse escrite a la plainte ci-jointe auprès de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse escrite, avec mention du numero de dossier ci-dessus et tu nom de parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre response escrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et voud pouvez requerir les services immediats d'un avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse escrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse escrite au Plaintiff/ Plaintiff's Attorney (Plaignant ou a son avocat) nomme cidessous.

_____
Plaintiff, John A. MAtteras

For: Individually
MATTERA Asset Management Inc
Rhino Island Capital Inc