UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

_____

JOHN A. MATTERA; MATTERA ASSET
MANAGEMENT, INC., A DELAWARE CORP.; and
RHINO ISLAND CAPITAL, INC., A DELAWARE
CORP.,

        Plaintiffs,

v.

ROBERT HAVEMAN, ELSA PRINCE-
BROEKHUIZEN, BILL BECKMAN, MIKE SIMS,
SHANE SIMS, JIM SCHREIBER, EDP
MANAGEMENT CO., ENVIRONMENTAL PACKING
TECHNOLOGIES, INC. (EPT), HUNTINGTON
NATIONAL BANK, NICHOLAS SCHLICK, JOEL
COWELLS, and DAVID SPURLOCK,

        Defendants.

Case No.: 17-60199-CV

Hon. Darrin P. Gayles
Mag. Alicia Otazo-Reyes

---

John A. Mattera
Registration No. 97650-004
Plaintiff, *In Pro Per*
c/o Yazoo City LOW FCC
PO Box 5000
Yazoo City, MS 39194

Jeffrey Backman (Fla. Bar No. 662501)
GREENSPOON MARDER
Attorneys for Elsa Prince-Broekhuizen and EDP
Management Co.
200 East Broward Boulevard
Fort Lauderdale, FL  33301
(888) 491-1120

Kristen E. Guinn (Michigan Bar: P72148)
SMITH HAUGHEY RICE & ROEGGE
Attorneys for Elsa Prince-Broekhuizen and EDP
Management Co.
100 Monroe Center NW
Grand Rapids, MI 49503
616-774-8000
*Admitted pro hac vice*

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation

## AFFIDAVIT OF ELSA PRINCE-BROEKHUIZEN

STATE OF __Michigan__          )
                                )ss.
COUNTY OF __Ottawa__           )

Elsa Prince-Broekhuizen, being first duly sworn, states and deposes as follows:

1.    I am a defendant in the above-captioned matter and submit this affidavit in support of the motion to dismiss the Plaintiffs' Complaint for lack of personal jurisdiction and transfer of venue.

2.    This declaration is based on my personal knowledge, and I am competent to testify to the matters stated herein.

3.    I am domiciled in the State of Michigan and have occasion to visit the State of Wyoming regularly.  I have never resided in Florida.

4.    I am the sole beneficiary of the Elsa D. Prince Living Trust, which is managed by EDP Management Company in Holland, Michigan.

5.    Apart from one possible isolated contact with Plaintiff John A. Mattera in Holland, Michigan, of which I have no specific recollection, I have not had any personal contact or involvement with Plaintiffs Mattera, Mattera Asset Management, or Rhino Island Capital.

6.    As an individual, I do not regularly do or solicit business in Florida, nor to my knowledge have I acted as a director, manager, trustee, or other officer of an entity having its place of business in Florida or doing substantial business in the state.

7.    I was not involved in any of Plaintiff Mattera's business dealings with Robert Haveman, and have not personally asked Plaintiffs to make any of the financial investments alleged in the Complaint.

8.    I did not personally engage in or carry on a business venture in the state of Florida with Plaintiffs.

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation

9.    I did not take any action within or outside Florida by which I might have reasonably expected to injure a person or entity in Florida as alleged in the Complaint.

10.   I have not had continuous or systematic contacts with Florida, nor have I engaged in substantial activities that would entitle me to claim the benefits and privileges of the laws of Florida.

Further affiant sayeth not.

Date: April 3 , 2017

Elsa Prince-Broekhuizen

On this 3rd day of April , 2017, personally appeared before me, Elsa Prince-Broekhuizen, known to me to be the person described above, who being first duly sworn, deposes and says that she has read the foregoing Affidavit by her subscribed and that the same is true to the best of her knowledge and that she has signed the same as her free act and deed.

MARY BETH GERNAAT
Notary Public, State of Michigan
County of Ottawa
My Commission Expires July 6, 2020
Acting in the County of Ottawa

Subscribed and sworn to before me
This 3rd day of April , 2017.

Notary Public Ottawa Co., Michigan
My commission expires: July 6, 2020