UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
_____

| | |
|---|---|
| JOHN A. MATTERA; MATTERA ASSET MANAGEMENT, INC., A DELAWARE CORP.; and RHINO ISLAND CAPITAL, INC., A DELAWARE CORP., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT HAVEMAN, ELSA PRINCE-BROEKHUIZEN, BILL BECKMAN, MIKE SIMS, SHANE SIMS, JIM SCHREIBER, EDP MANAGEMENT CO., ENVIRONMENTAL PACKING TECHNOLOGIES, INC. (EPT), HUNTINGTON NATIONAL BANK, NICHOLAS SCHLICK, JOEL COWELLS, and DAVID SPURLOCK, <br><br> Defendants. | Case No.: 17-60199-CV <br><br> Hon. Darrin P. Gayles <br> Mag. Alicia Otazo-Reyes |

| | |
|---|---|
| John A. Mattera <br> Registration No. 97650-004 <br> Plaintiff, *In Pro Per* <br> c/o Yazoo City LOW FCC <br> PO Box 5000 <br> Yazoo City, MS 39194 | Jeffrey Backman (Fla. Bar No. 662501) <br> GREENSPOON MARDER <br> Attorneys for Elsa Prince-Broekhuizen and EDP Management Co. <br> 200 East Broward Boulevard <br> Fort Lauderdale, FL  33301 <br> (888) 491-1120 <br><br> Kristen E. Guinn (Michigan Bar: P72148) <br> SMITH HAUGHEY RICE & ROEGGE <br> Attorneys for Elsa Prince-Broekhuizen and EDP Management Co. <br> 100 Monroe Center NW <br> Grand Rapids, MI 49503 <br> 616-774-8000 <br> *Admitted pro hac vice* |

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation

## AFFIDAVIT OF ALLAN HOEKSTRA, ON BEHALF OF EDP MANAGEMENT COMPANY

| | |
|---|---|
| STATE OF MICHIGAN | ) |
| | )ss. |
| COUNTY OF OTTAWA | ) |

Allan Hoekstra, being first duly sworn, states and deposes as follows:

1. I am an officer of EDP Management Company, who is a defendant in the above-captioned matter. I submit this affidavit in support of the motion to dismiss the Plaintiffs' Complaint for lack of personal jurisdiction and transfer of venue.

2. This declaration is based on my personal knowledge, and I am competent to testify to the matters stated herein.

3. EDP Management Company is a Michigan limited liablity company formed in 2008 with a principal place of business in Holland, Michigan.

4. EDP Management Company was formed to manage funds in the Elsa D. Prince Living Trust ("the Trust") and conducts the majority of its business in Michigan.

5. EDP Management Company does not regularly do or solicit business in the state of Florida, nor does the Trust own any real property in Florida.

6. EDP Management Company did not operate, engage in, or carry on a business venture in the state of Florida with Plaintiffs.

7. Any contact EDP Management Company had with the state of Florida, such as the use of a private company jet, was minimal, sporadic, and unrelated to the causes of action alleged by Plaintiffs.

8. EDP Management Company took no action within or outside of Florida, by which it might reasonably have expected to injure a person or entity in Florida as alleged in the Complaint.

9. EDP Management Company has not had continuous or systematic contacts within Florida, nor has it engaged in substantial activities that would entitle it to claim the benefits and privileges of the laws of the state.

Further affiant sayeth not.

Date: April 3, 2017

_____
Allan Hoekstra, on behalf of EDP Management Company

On this 3rd day of April, 2017, personally appeared before me, Allan Hoekstra, known to me to be the person described above, who being first duly sworn, deposes and says that he has read the foregoing Affidavit by him subscribed and that the same is true to the best of his knowledge and that he has signed the same as his free act and deed.

MARY BETH GERNAAT
Notary Public, State of Michigan
County of Ottawa
My Commission Expires July 6, 2020
Acting in the County of Ottawa

Subscribed and sworn to before me
This 3rd day of April, 2017.

_____
Notary Public Ottawa CO, Michigan
My commission expires: July 6, 2020